

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHARLENE CARR | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-97-245 |
| | * | |
| ROBERT E. RUBIN as Secretary | * | |
| of Treasury of the United States | * | |
| of America | * | |

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR THE UNITED STATES OF AMERICA

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the undersigned is substituting as attorney-in-charge for the United States of America in the above-referenced cause in the stead of Assistant United States Attorney Karen B. Norris from the Western District of Texas, San Antonio Division.

Respectfully submitted,

JAMES H. DeATLEY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
P. O. Box 1671
Brownsville, Texas  78522
(956) 548-2554
State Bar No. 00800490

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and a correct copy of the foregoing Notice of Substitution of Counsel for the United States of America was mailed via First-Class Mail to the following:

Karen B. Norris
Assistant United States Attorney
601 N.W. Loop 410, Suite #600
San Antonio, TX 78216-5512

Jose J. Fernandez
115 E. Travis, Suite #1019
San Antonio, TX 78205

on this the 28th day of NOVEMBER, 1997.

_____
NANCY L. MASSO
Assistant United States Attorney