United States District Court
Southern District of Texas
FILED

DEC 4 1997

Michael N. Milby, Clerk

THE HONORABLE    FIDENCIO G. GARZA, JR.    , JUDGE PRESIDING

## INITIAL
PRETRIAL CONFERENCE

CIVIL ACTION   B-97-245          DATE  December 4, 1997          TIME  2:00 P.M.

CHARLENE K. CARR                 PLAINTIFF(S)      JOSE J. FERNANDEZ, apptd. in S.A.
                                 COUNSEL           ~~CARLENE K. CARR~~

VS.

ROBERT E. RUBIN, Secretary of Treasury    DEFENDANT(S)
of the United States of America           COUNSEL         NANCY L. MASSO, AUSA

INITIAL PRETRIAL CONFERENCE HELD TELEPHONICALLY WITH PLAINTIFF'S COUNSEL AND COUNSEL FOR THE GOVERNMENT WAS PRESENT IN COURT'S CHAMBERS. PLAINTIFF'S COUNSEL IS CONSIDERING FILING A MOTION TO WITHDRAW. COURT FINDS THAT THIS CASE IS APPROPRIATE FOR MEDIATION. PARTIES ORDERED TO CONDUCT MEDIATION BEFORE JAMES DeANDA AS MEDIATOR. AN ORDER FOR MEDIATION WILL BE MAILED TO MEDIATOR AND PARTIES.