United States District Court
Southern District of Texas
ENTERED

DEC 0 4 1997

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 4 1997

Michael N. Milby, Clerk

CHARLENE K. CARR                    *

         vs                      *   CIVIL ACTION NO.  B-97-245

ROBERT E. RUBIN, Secretary of Treasury *
 of the United States of America

## MEDIATION ORDER

The Court has determined that this cause of action is appropriate for referral to mediation under Local Rule 22 and refers the case to the following mediator:

> MR. JAMES DeANDA
> SOLAR & FERNANDES, L.L.P.
> Transco Tower, Suite 6400
> 2800 Post Oak Blvd.
> Houston, Texas  77056
> 713/850-1212

Mediation is a mandatory but non-binding settlement conference in which the parties attempt to resolve their differences with the assistance of a third-party mediator.

Within five business days from the date of this order all counsel must contact the mediator to arrange the details of mediation.  If the parties and mediator cannot agree on a date, the mediator will select a date, and the parties shall appear as directed by the mediator.  Mediation shall occur no later than 90 days from the date of this Order.  All proceedings in a mediation session are confidential and privileged from discovery.

No subpoena, summons, or discovery paper shall be served at or near the location of any mediation session, upon any person entering, leaving or attending any mediation session.

Counsel and the parties shall endeavor in good faith to resolve the case through mediation. Each party who is a natural person must be present during the entire mediation. Each party that is not a natural person must be represented by a principal, partner, officer, or official with authority to negotiate a settlement. If the government or any of its agencies is a party, an agency representative , with authority to settle up to the policy limit of any insurance at issue, shall be present. If one or more insurance companies must be involved in a settlement of the case, a representative from each insurance company with authority to negotiate a settlement shall be present during the mediation.

The mediator and the parties will determine the fee for the mediation. The fee is to be divided and borne equally by the parties unless otherwise agreed or ordered.

All dates in the Rule 16 scheduling order are temporarily suspended. If mediation is unsuccessful, an amended scheduling order will be entered. The submission date of all pending motions will be continued until 20 days after the entry of the memorandum filed by the mediator pursuant to Local Rule 22.K.1.

Within 10 days after the mediation, the mediator will file with the clerk the memorandum required by Local Rule 22.K.1.   No information about the mediation, other than that required by Local Rule 22, may be given to the Court by anyone.

DONE at Brownsville, Texas, this __4th__ day of December, 1997_____.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge

cc:  Jose J. Fernandez
     115 E. Travis, Suite #1019
     San Antonio, Texas  78205
     210/224-6675

     Ms. Nancy L. Masso
     Assistant U.S. Attorney
     P. O. Box 1671
     Brownsville, Texas  78522
     956/548-2554