5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 13 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CHARLENE K. CARR                         *

    VS                                   *   C.A. NO. B97 245

ROBERT E. RUBIN, Secretary               *
of Treasury of the United States
of America

## ORDER SETTING STATUS CONFERENCE

A **status conference** in above-captioned and numbered cause of action is hereby set for **Thursday, December 17, 1998, at 1:30 p.m.**

DONE at Brownsville, Texas, this **12th** day of **November, 1998.**

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 13 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| CHARLENE K. CARR | * |
| VS | * C.A. NO. B97 245 |
| ROBERT E. RUBIN, Secretary of Treasury of the United States of America | * |

## ORDER SETTING STATUS CONFERENCE

A **status conference** in above-captioned and numbered cause of action is hereby set for **Thursday, December 17, 1998, at 1:30 p.m.**

DONE at Brownsville, Texas, this **12th** day of **November, 1998**.

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520