

United States District Court
Southern District of Texas
FILED

DEC 17 1998

Michael N. Milby, Clerk of Court

THE HONORABLE ___JOHN WM. BLACK___, JUDGE PRESIDING

STATUS CONFERENCE

CIVIL ACTION: B-97-245     DATE: December 17, 1998     TIME: 1:30 p.m.

CHARLENE K. CARR                         PLAINTIFF(S)   JOSE J. FERNANDEZ  (not present)
                                         COUNSEL

VS.

ROBERT E. RUBIN, Secretary of Treasury   DEFENDANT(S)
of the United States of America          COUNSEL
                                                       NANCY L. MASSO, AUSA

NANCY MASSO APPEARED FOR THE STATUS CONFERENCE. JOSE FERNANDEZ DID NOT APPEAR.
STATUS CONFERENCE RESET FOR FEBRUARY 19, 1999 AT 2:00 P.M.



United States District Court
Southern District of Texas
FILED

DEC 17 1998

Michael N. Milby, Clerk of Court

THE HONORABLE   __JOHN WM. BLACK__  , JUDGE PRESIDING

STATUS CONFERENCE

CIVIL ACTION  __B-97-245__       DATE __December 17, 1998__      TIME __1:30 p.m.__

__CHARLENE K. CARR__                    PLAINTIFF(S)   __JOSE J. FERNANDEZ  (not present)__
                                        COUNSEL


VS.

__ROBERT E. RUBIN, Secretary of Treasury__    DEFENDANT(S)
                                              COUNSEL   __NANCY L. MASSO, AUSA__
__of the United States of America__


__NANCY MASSO APPEARED FOR THE STATUS CONFERENCE.  JOSE FERNANDEZ DID NOT APPEAR.__

__STATUS CONFERENCE RESET FOR FEBRUARY 19, 1999 AT 2:00 P.M.__