UNITED STATES DISTRICT COURTS
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

United States District Court
Southern District of Texas
FILED

OCT 18 1999

Michael N. Milby
Clerk of Court

CHARLENE K. CARR
Plaintiff

Civil No:
B-97-CV245

Robert E. Rubin, Secretary of
The United States Treasury
Defendant

United States District Court
Southern District of Texas
FILED

OCT 18 1999

Michael N. Milby
Clerk of Court

**MOTION FOR REAPPOINT OF COUNSEL**

Pursuant to 42 U.S.C. Section 2000e-5(f)(1), plaintiff, Charlene K. Carr, respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security; and further, to reappoint an attorney to represent her in this Title VII suit.

Because I am severely mentally disabled and unable to care for myself as any normal person, I must rely on help from other sources. I am unable to work in the national economy as prescribed by social security administration medical officer. (See exhibit A).

Attorney Jose Fernandez stated to plaintiff, Charlene K. Carr that he did not want to travel to Brownsville, Texas to represent plaintiff, Charlene K. Carr. Attorney Jose Fernandez has displayed lack of zealousness, therefore, his lack of zealousness are grounds for disqualification. Attorney Jose Fernandez should not be forced to represent plaintiff, Charlene K. Carr.

I am requesting that if the San Antonio Division of the Western District Court does handle this motion for reappoint of counsel, please forward this motion to the appropriate division/Judge to handle this request.

Z 464280859

#10

ClibPDF - www.fastio.com

I have serious concerns about the handling of my complaint. This case is being delayed and compromised due to the many delays. Since my court appointed attorney JOSE FERNANDEZ has stated to me that he did not want to travel, he can not adequately represent me. His statement has caused me to question whether or not my case is being compromised. Attorney Jose Fernandez is not willing to fully and completely represent me because he won't travel. PLEASE reappoint another attorney to represent me because I can not represent myself because I am severely mentally disabled.

ClibPDF - www.fastio.com

Exhibit A

DEPARTMENT OF HEALTH AND HUMAN SERVICES
SOCIAL SECURITY ADMINISTRATION

A16438

# DISABILITY DETERMINATION AND TRANSMITTAL

1. DESTINATION: DDS [X] ODO [ ] DRS [ ] DQB [ ] INTPSC [ ]
2. DDS CODE: S49
3. FILING DATE: 08/31/95
4. SSN: 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
BIC (if CDB or DWB CLAIM):

5. NAME AND ADDRESS OF CLAIMANT (include ZIP Code)
CHARLENE KIM CARR
PO BOX 500199
SAN ANTONIO TX 78280

6. WE'S NAME (if CDB or DWB CLAIM)

7. TYPE CLAIM (Title II): DIB [ ] FZ [ ] DWB [ ] CDB-R [ ] CDB-D [ ] RD-R [ ] RD-D [ ] RD [ ] P-R [ ] P-D [ ] MQFE [ ]

8. TYPE CLAIM (Title XVI): DI [X] DS [ ] DC [ ] BI [ ] BS [ ] BC [ ]

9. DATE OF BIRTH: 07/11/63
10. PRIOR ACTION: PD [ ] PT [ ]

11. REMARKS
CONCURRENT RECEIPTED 03/11/96
AOD
DLI 12/31/99

12. DISTRICT-BRANCH OFFICE ADDRESS (include ZIP Code)
4300 Woodcock Drive
San Antonio TX 78228
DO-BO CODE: 852

13. DO-BO REPRESENTATIVE (210) 731-3407
14. DATE
11A. [ ] Presumptive Disability
11B. [ ] Impairment

## DETERMINATION PURSUANT TO SOCIAL SECURITY ACT, AS AMENDED

15. CLAIMANT DISABLED
[X] Disability Began: 01/01/95
[ ] Disability Ceased

16A. PRIMARY DIAGNOSIS: MAJOR DEPRESSION — BODY SYS. 12 — CODE NO. 2960
16B. SECONDARY DIAGNOSIS: POST TRAUMATIC STRESS DISORDER — CODE NO. 3180

17. DIARY TYPE: MRN — MO./YR: 05/99 — REASON: 3

18. CASE OF BLINDNESS AS DEFINED IN SEC. 1614(a)(2)/(216)(i)
A. [ ] Not Disab. for Cash Bene. Purp.
B. [ ] Disab. for Cash Benefit Purp. Beg.

19. CLAIMANT NOT DISABLED
A. [ ] Through Date of Current Determination
B. [ ] Through ______
C. [ ] Before Age 22 (CDB only)

20. VOCATIONAL BACKGROUND — OCC. YRS. — ED YRS. 16
21. VR ACTION: SC IN A. [ ] SC OUT B. [X] Prev Ref C. [ ]

22. REG-BASIS CODE: A61-920(d)
23. MED LIST NO.: 012.04
24. MOB CODE
25. REVISED DET [ ]
25A. Initial A. [X] Recon B. [ ] Recon DHU C. [ ] ALJ Hearing D. [ ] Appeals Council E. [ ] U.S. District Court F. [ ]

26. LIST NO. > A. B. C. D. E. F.

27. RATIONALE
[ ] See Attached SSA-4268-U4/C4
[ ] Check if Vocational Rule Met. Cite Rule >

28. A. [ ] Period of Disability B. [ ] Disability Period C. [ ] Estab Beg. ______ AND D. [ ] Continues E. [ ] Term

29. LTR/PAR NO.
30. DISABILITY EXAMINER-DDS: John Aultman (signature)
31. DATE: 6/11/96
32. PHYSICIAN OR MEDICAL SPEC. SIGNATURE: (signature)
33. DATE: 6/14/96
32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print or Type): Paul C. Goetz, M.D. #17
32B. SPEC. CODE: 37

34. REMARKS
CLAIMANT IS CAPABLE PER DR DOUGLAS MORGAN EXAM ON 052896

MULTIPLE IMPAIRMENTS CONSIDERED
34A. COMBINED MULTIPLE NONSEVERE-SEVERE
34B. COMBINED MULTIPLE NONSEVERE-NONSEVERE

35. BASIS CODE
36. REV. DET. CODES
37. SSA REPRESENTATIVE
SSA CODE
38. DATE

Form SSA-831-U3 (3/89)

Electronic Input: [ ] DECISION [ ] CASE CONTROL

ClibPDF - www.fastio.com

RELIEF REQUESTED, therefore, in this Motion to Reappoint Counsel, is that the motion be accepted, and the reconsideration be granted for reappointment of court appointed counsel.

Respectfully requested, this 16th day of ~~August~~ Sept, 1998.

Charlene K. Carr

ClibPDF - www.fastio.com