UNITED STATES DISTRICT COURTS
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

United States District Court
Southern District of Texas
FILED
OCT 18 1999
Michael N. Milby
Clerk of Court

| | |
|---|---|
| CHARLENE K. CARR<br>Plaintiff | Civil No:<br>B-97-CV245 |
| Robert E. Rubin, Secretary of<br>The United States Treasury<br>Defendant | |

## MOTION FOR REQUEST FOR DEPOSITIONS

Pursuant to 42 U.S.C. Section 2000e-5(f)(1), plaintiff, Charlene K. Carr respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security; and further, to request depositions and statements from witnesses on all investigations, notes, tapes, hearings, and any other documents and reports conducted, regarding plaintiff Charlene K. Carr in this Title VII suit.

Because I am severely mentally disabled and unable to care for myself as any normal person, I must rely on help from the Courts. I am unable to work in the entire national economy as prescribed by Social Security Administration Medical Officer. (See Exhibit A).

I have previously requested this information from my agency (Robert E. Rubin, Secretary of The United States Treasury) and my agency has refused to provide this information. It appears that obstruction of justice and abuse of authority is occurring in this case.

Z 40428 359    # 11

DEPARTMENT OF HEALTH AND HUMAN SERVICES
SOCIAL SECURITY ADMINISTRATION

A16438

Exhibit A

## DISABILITY DETERMINATION AND TRANSMITTAL

| 1. DESTINATION | 2. DDS CODE | 3. FILING DATE | 4. SSN | BIC (if CDB or DWB CLAIM) |
|---|---|---|---|---|
| DDS [X] ODO [ ] DRS [ ] DQB [ ] INTPSC [ ] | S49 | 08/31/95 | 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 | |

5. NAME AND ADDRESS OF CLAIMANT (include ZIP Code)

███████ CARR
PO BOX 500199
SAN ANTONIO TX 78280

6. WE'S NAME (if CDB or DWB CLAIM)

7. TYPE CLAIM (Title II)
DIB [ ] FZ [ ] DWB [ ] CDB-R [ ] CDB-D [ ] RD-R [ ] RD-D [ ] RD [ ] P-R [ ] P-D [ ]

8. TYPE CLAIM (Title XVI)
DI [X] DS [ ] DC [ ] BI [ ] BS [ ] BC [ ]

| 9. DATE OF BIRTH | 10. PRIOR ACTION | 11. REMARKS |
|---|---|---|
| 07/11/63 | PD [ ] PT [ ] | CONCURRENT RECEIPTED 03/11/96 AOD DLI 12/31/99 |

12. DISTRICT-BRANCH OFFICE ADDRESS (include ZIP Code)
4300 Woodcock Drive
San Antonio TX 78228
DO-BO CODE: 852

13. DO-BO REPRESENTATIVE (210) 731-3407
14. DATE
11A. [ ] Presumptive Disability ____
11B. [ ] Impairment ____

### DETERMINATION PURSUANT TO SOCIAL SECURITY ACT, AS AMENDED

15. CLAIMANT DISABLED
A. [X] Disability Began
B. [ ] Disability Ceased

16A. PRIMARY DIAGNOSIS ███████
BODY SYS. 12
CODE NO. 2960

16B. SECONDARY DIAGNOSIS ███████
CODE NO. 3180

17. DIARY TYPE: MRN  MO./YR. 05/99  REASON 3

18. CASE OF BLINDNESS AS DEFINED IN SEC. 1614(a)(2)/(216)(i)
A. [ ] Not Disab. for Cash Bene. Purp.
B. [ ] Disab. for Cash Benefit Purp. Beg.

19. CLAIMANT NOT DISABLED
A. [ ] Through Date of Current Determination
B. [ ] Through ____
C. [ ] Before Age (CDB only)

20. VOCATIONAL BACKGROUND
OCC. YRS. ____  ED YRS. 16
21. VR ACTION  SC IN A. [ ]  SC OUT B. [X]  Prev C. [ ]

| 22. REG-BASIS CODE | 23. MED LIST NO. | 24. MOB CODE | 25. REVISED DET | 25A. Initial A.[X] | Recon B.[ ] | Recon DMU C.[ ] | ALJ Hearing D.[ ] | Appeals Council E.[ ] | U.S. District C. F.[ ] |
|---|---|---|---|---|---|---|---|---|---|
| A61-920(d) | 012.04 | | [ ] | | | | | | |

26. LIST NO. > A. ____ B. ____ C. ____ D. ____ E. ____ F. ____

27. RATIONALE
[ ] See Attached SSA-4268-U4/C4
[ ] Check if Vocational Rule Met. Cite Rule >

28. A. [ ] Period of Disability  B. [ ] Disability Period  C. [ ] Estab. Beg. ____  AND  D. [ ] Continues  E. [ ] Term

| 29. LTR/PAR NO. | 30. DISABILITY EXAMINER-DDS | 31. DATE | 32. PHYSICIAN OR MEDICAL SPEC. SIGNATURE | 33. DATE |
|---|---|---|---|---|
| | John Aultman | 6/11/96 | ███████ | 6/14/96 |

32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print or Type)
Paul C. Goetz, M.D. #17
32B. SPEC. CODE: 37

34. REMARKS
CLAIMANT IS CAPABLE PER DR DOUGLAS MORGAN EXAM ON 052896

MULTIPLE IMPAIRMENT CONSIDERED
34A. COMBINED MULTIPLE NONSEVERE-SEVERE
34B. COMBINED MULTIPLE ███████

| 35. BASIS CODE | 36. REV.DET. CODES | 37. SSA REPRESENTATIVE | SSA CODE | 38. DATE |
|---|---|---|---|---|
| | | | | |

Form SSA-831-U3 (3/89)

Electronic Input: [ ] DECISION  [ ] CASE CONT.

I am requesting that if the San Antonio Division of the Western District Court can not handle this motion for request for depositions, please forward this motion to the appropriate division/Judge to handle this request.

RELIEF REQUESTED, therefore, in this Motion for Request for Depositions.

Respectfully requested, this __18__ day of ~~August~~ Sept. 1998.

_____
Charlene K. Carr