Copys  2nd guest  Page 7 of 8

UNITED STATES DISTRICT COURTS
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 0 1999

Michael N. Milby
Clerk of Court

CHARLENE K. CARR
    Plaintiff

Civil No. SA-97-CA-490
B-97-CV245

Robert E. Rubin, Secretary of
The United States Treasury
    Defendant

## MOTION FOR REAPPOINT OF COUNSEL

Pursuant to 42 U.S.C. Section 2000e-5(f)(1), plaintiff, Charlene K. Carr, respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security; and further, to reappoint an attorney to represent her in this Title VII suit.

Because I am severely mentally disabled and unable to care for myself as any normal person, I must rely on help from other sources. I am unable to work in the national economy as prescribed by social security administration medical officer. (See exhibit A).

Attorney Jose Fernandez stated to plaintiff, Charlene K. Carr that he did not want to travel to Brownsville, Texas to represent plaintiff, Charlene K. Carr. Attorney Jose Fernandez has displayed lack of zealousness, therefore, his lack of zealousness are grounds for disqualification. Attorney Jose Fernandez should not be forced to represent plaintiff, Charlene K. Carr.

I am requesting that if the San Antonio Division of the Western District Court does not handle this motion for reappoint of counsel, please forward this motion to the appropriate Division/Judge to handle this request.

I have serious concerns about the handling of my complaint. This case is being delayed and compromised due to the many delays. Since my court appointed attorney JOSE FERNANDEZ has stated to me that he did not want to travel, he can not adequately represent me. His statement has caused me to question whether or not my case is being compromised. Attorney Jose Fernandez is not willing to fully and completely represent me because he won't travel. PLEASE reappoint another attorney to represent me because I can not represent myself because I am severely mentally disabled.

Charlene Carr

CASE B: 97-CV 245

CHARLENE CARR

Page 1989

CERTIFIED RETURN RECEIPT

JANUARY 28, 1999

To: HONORABLE JUDGE FILAMON VELA
P.O. BOX 1072
BROWNSVILLE, TEXAS 78522

FroM: CHARLENE CARR
P.O. BOX 500199
SAN ANTONIO, TX 78280                         case; B-97-CV245

RE: CASE: B-97-CV245

DEAR HONORABLE JUDGE FILAMON VELA:

I, CHARLENE CARR, CASE B-97-CV245, WISH TO DOCUMENT ISSUES INVOLVING
CASE AND REPRESENTATION OF MY COMPLAINT.
SEPTEMBER 17, 1998, I TELEPHONED THE CLERK OF JUDGE FILAMON VELA
REQUESTING INFORMATION REGARDING FILING A MOTION FOR REAPPOINTMENT
OF COUNSEL AND MOTION FOR DEPOSITIONS. I STATED THAT I HAVE SERIOUS
CONCERNS ABOUT THE HANDLING OF MY COMPLAINT. AND THAT MY CASE IS
BEING DELAYED AND COMPROMISED DUE TO THE MANY DELAYS. SINCE THE
COURT APPOINTED ATTORNEY JOSE FERNANDEZ HAD STATED TO ME THAT HE
DID NOT WANT TO TRAVEL, THEREFORE HE CAN NOT ADEQUATELY REPRESENT ME.
HIS STATEMENT HAS CAUSED ME TO QUESTION WHETHER OR NOT MY CASE IS
BEING COMPROMISED. ATTORNEY JOSE FERNANDES IS NOT WILLING TO FULLY
AND COMPLETELY REPRESENT ME BECAUSE HE WILL NOT TRAVEL. PLEASE
REAPPOINT ANOTHER ATTORNEY TO REPRESENT ME BECAUSE I CAN NOT
REPRESENT MYSELF BECAUSE I AM SEVERELY MENTALLY DISABLED. I WAS
INFORMED BY A EMPLOYEE NAMED JAIME TO FORWARD THE MOTIONS AND LETTER
TO JUDGE VELA. WHICH I FORWARDED MOTION FOR REAPPOINTMENT OF COUNSEL
AND MOTION FOR DEPOSTIONS ALONG WITH COPIES TO JUDGE VELA CERTIFIED
RETURN RECEIPT (SEE COPY OF CERTIFIED RETURN RECEIPT PS FOR 3811) (Copy 1,4,3)
ENCLOSED COPY SIGNED BY MARIA F. GARZA. A LETTER WAS MAILED TO
JUDGE VELA WITH ALL THE INFORMATION AND ATTACHMENTS TO INCLUDE
DISABILITY DETERMINATION AND TRANSMITTAL FROM THE SOCIAL SECURITY (copy 2)
ADMINISTRATION MEDICAL DOCTOR STATING MY MEDICAL CONDITION WHICH STATES
THAT I AM UNABLE TO WORK IN THE ENTIRE NATIONAL ECOMONY. (copy 2)
TODAY, I DISCOVERED THROUGH A TELEPHONE CONVERSATION WITH MERCEDEZ-CLERK
FOR JUDGE VELA THAT A STATUS CONFERENCE WAS SCHEDULED FOR DEC. 17, 1998
IN WHICH ATTORNEY JOSE FERNANDEZ DID NOT SHOW FOR THIS CONFERENCE AND
I WAS NEVER NOTIFIED OF SUCH STATUS CONFERENCE. THIS FURTHER JUSTIFIES
WHY I NEED ANOTHER COURT APPOINTED ATTORNEY DUE TO JOSE FERNANDEZ FAILING
TO DO HIS JOB. I HAD ALREADY INFORMED THE COURTS OF MY PROBLEMS VIA
CERTIFIED RETURN RECEIPT RECEIVED OCTOBER 5, 1998 (ENCLOSED FORM PS 3811).
ATTORNEY JOSE FERNANDEZ BY HIS REFUSAL TO ACCOUNT ON MY BEHALF IS FAILING
TO ADEQUATELY REPRESENT ME.

cont.

Please Help Me

certified return receipt
case:B-97-CV245

Page 2 of 9

jan. 28, 1999

I ALSO DISCOVERED FROM MERCEDEZ-CLERK FOR JUDGE VELA *of counsel* THAT SHE COULD NOT LOCATE THE MOTION FOR REAPPOINTMENT AND MOTION FOR DEPOSITION WHICH I FORWARDED VIA CERTIFIED RETURN RECEIPT (Copy () (Copy 5) TO JUDGE VELA AND WAS RECEIVED BY JUGDE VELA"S OFFICE ON OCTOBER 5, 1998 AS PROVEN BY ENCLOSED PS FORM 3811 domestic return receipt and signed by MARIA GARZA. (Copy 1) *And*
I AM REQUESTING AGAIN FROM THE COURTS ALL INFORMATION REGARDING CASE B-97-CV245 and TO FORWARDED ALL COPIES OF ANY CORRESPONDENCE FROM THE COURTS TO CHARLENE CARR  I AM REQUESTING TO BE PLACED ON THE MAILING LIST.  I STILL HAVE NOT RECEIVED ANY DOCUMENTATION OF THE MEDIATION IN MARCH/APRIL 1998 WITH JUDGE DEANDA.  I AM REQUESTING THAT THE COURT PROCEED IN HEARING THE CASE.  PLEASE NOTIFY ME DIRECTLY OF ANY CHANGES BECAUSE I AM NOT BEING NOTIFIED OF ANY CHANGES IN MY COMPLAINT.  I HAVE NOT BEEN MADE WHOLE FOR BEING ASSAULTED ON THE JOB AND FOR MY ON THE JOB ILLNESS AS DOCUMENTED BY THE SOCIAL SECURITY ADMINISTRATION.  I MUST RECEIVE HELP WITH NORMAL ACTIVITIES AND I AM UNABLE TO DO THINGS FOR MYSELF. I LIVE ALMOST FOUR HUNDRED MILES FROM BROWNSVILLE DUE TO MY MEDICAL AND MENTAL CONDITION I AM UNABLE TO REPRESENT MYSELF.
ENCLOSED ARE ___ ATTACHMENTS AND COPIES. (9)

(Copy 2)

THANK YOU.
SINCERELY,

CHARLENE CARR
P.O. BOX 500199
SAN ANTONIO, TX 78280

I am unable to do red WRITE FOR myself. CHARLENE CARR THANK YOU

COPY 3

Page 5 of 7

RETURN CERTIFIED RECEIPT
Z 4042803059
30 September 1998

TO: HONORABLE JUDGE FILAMON VELA
P.O. BOX 1072
BROWNSVILLE, TEXAS 78522

FROM: CHARLENE CARR
P.O. BOX 500199
SAN ANTONIO, TEXAS 78280

CASE: B-97-CV245

DEAR HONORABLE JUDGE FILAMON VELA:

I, CHARLENE CARR, CASE B-97-CV245 REQUEST A CHANGE OF ATTORNEY AND I REQUEST THE STATUS OF MY CASE. PLEASE NOTIFY ME DIRECTLY TO MY P.O. BOX 500199, SAN ANTONIO, TEXAS 78280 REGARDING ANY CHANGES IN THE ABOVE MENTIONED CASE. I WANT TO BE NOTIFIED DIRECTLY OF ANY CHANGES.

IN MARCH/APRIL 1998, MEDIATION WAS HELD WITH JUDGE DEANDA. I HAVE NOT BEEN NOTIFIED IN REGARDS TO THE MEDIATION IN WRITING. I AM REQUESTING THAT THE COURT PROCEED INTO HEARING THE CASE. ATTORNEY JOSE FERNANDEZ HAS VERBALLY INFORMED ME THAT HE WOULD NOT PROCEED WITH THIS CASE. I am REQUESTING ANOTHER ATTORNEY TO BE APPOINTED TO THIS CASE AS THE COURT DEEMS NECESSARY. ENCLOSED ARE TWO MOTIONS AND COPIES, ONE MOTION IS FOR REAPPOINTMENT OF COUNSEL AND ANOTHER MOTION IS FOR DEPOSITION SINCE I AM UNABLE TO WORK IN THE ENTIRE NATIONAL ECOMONY AS PRESCRIBED BY A SOCIAL SECURITY MEDICAL DOCTOR (ENCLOSED).

Please send the processed Motions to the above P.O. Box

PLEASE ASSIST ME. THANK YOU.
CC
CHARLENE CARR
P.O. BOX 500199
san antonio, TX & 78280

ClibPDF - www.fastio.com

RELIEF REQUESTED, therefore, in this Motion to Reappoint Counsel, is that the motion be accepted, and the reconsideration be granted for reappointment of court appointed counsel.

Respectfully requested, this 28 day of ~~August, 1998~~ Jan 1999.

_____
Charlene K. Carr

Case B97CV245

C047

9 of 9

| AFFIDAVIT | State of TEXAS | County of CAMERON |
|---|---|---|

1. I, GUSTAVO SALDIVAR, (employed by) U. S. CUSTOMS SERVICE
   (If employed by agency involved in complaint)
2. as (Title and grade of position) GS-1890-11 (SENIOR INSPECTOR)
3. state: PRESENT FOR THIS INTERVIEW WAS UNION PRESIDENT WALTER HOWELL.
4. IN SEPTEMBER OF 1993 I WAS A GS-1890-11 SENIOR INSPECTOR AND CURRENT
5. I HAVE THE SAME GRADE AND TITLE. STARTED WITH CUSTOMS IN SEPTEMBER O
6. 1981 AS A CUSTOMS AIDE. IN 1983 I WAS PROMOTED TO AN INSPECTOR AND
7. HAVE BEEN HERE SINCE. MY GENDER IS MALE, I HAVE NEVER BEEN INVOLVED
8. ANY EEO COMPLAINT PROCESS. WORKING AT THE AIRPORT 4-12PM SHIFT, SHE
9. WORKING 9-5PM. I CAME IN TO RELIEVED SENIOR INSPECTOR REYES MENDOZA
10. WHO WAS WORKING. MS. CARR AND I WERE THE ONLY TWO INDIVIDUALS
11. IN THE OFFICE. N____SE WAS AROUND. MS. CARR WAS INPUTTING CF-17
12. INTO THE COMPUTER AND I SAT BESIDE HER. MS. CARR TURNED AROUND AND S
13. "YOU HAVE VERY BEAUTIFUL TEETH" AT THAT TIME I SAID "DO YOU WANT ME
14. TO BITE YOU?" SHE DID NOT SAY ANYTHING TO MY COMMENT, SHE JUST SMILE
15. AND CONSEQUENTLY I GAVE HER A SMALL BITE ON HER BOTTOM LIP. AFTER TH
    ME
16. FACT MS. CARR DID NOT PUSHED AWAY NOR SHOWED AND SIGNS OF BEEN UPSET
17. AS I PULLED AWAY SHE SAID I HAD LIP STICK ON MY TEETH AND SHE CONTIN
18. TO WORK ON THE COMPUTER. WE CONTIUNED CONVERSING AFTER THE INCIDENT.
19. THE INCIDENT HAPPENED AROUND 16    HRS. WE HAD A CONVERSATIONS ABOUT
20. HER PARENTS COMING IN FROM SAN ANTONIO, TX. FOR THE WEEKEND. SHE LEF
21. THE OFFICE A LITTLE BEFORE 1700 hrs. TO GO CHANGE CLOTHING IN THE
22. BATHROOM, BECAUSE SHE HAD AN APPOINTMENT IN McALLEN, TX. BEFORE SHE L
23. SHE MADE A PHONE CALL. ONE TIME I HELPED HER MOVE AND IT WAS AT THIS
24. TIME THAT I MAY HAVE CALLED HER BUT THAT IS IT. THE ONLY TIME I SEE
25. MS. CARR IS AT WORK AND AT OWER CUSTOMS FAMILY PARTIES. THE ONLY TIM
26. 

48

27. Page 1 of 3 pages            Deponent's Initials:

DEPARTMENT OF HEALTH AND HUMAN SERVICES
SOCIAL SECURITY ADMINISTRATION

A16438

Exhibit A

## DISABILITY DETERMINATION AND TRANSMITTAL

| 1. DESTINATION | 2. DDS CODE | 3. FILING DATE | 4. SSN | BIC (if CDB or DWB CLAIM) |
|---|---|---|---|---|
| DDS [X]  ODO [ ]  DRS [ ]  DOB [ ]  INIPSC [ ] | S49 | 08/31/95 | [redacted] | |

5. NAME AND ADDRESS OF CLAIMANT (include ZIP Code)

CHARLENE KIM CARR
PO BOX 500199
SAN ANTONIO TX 78280

6. WE'S NAME (if CDB or DWB CLAIM)

7. TYPE CLAIM (Title II)
DIB [ ]  FZ [ ]  DWB [ ]  CDB-R [ ]  CDB-D [ ]  RD-R [ ]  RD-D [ ]  RD [ ]  P-R [ ]  P-D [ ]  MQFE [ ]

8. TYPE CLAIM (Title XVI)
DI [X]  DS [ ]  DC [ ]  BI [ ]  BS [ ]  BC [ ]

| 9. DATE OF BIRTH | 10. PRIOR ACTION | 11. REMARKS |
|---|---|---|
| 07/11/63 | PB [ ]  PT [ ] | CONCURRENT RECEIPTED 03/11/96 |

12. DISTRICT-BRANCH OFFICE ADDRESS (include ZIP Code)
4300 Woodcock Drive
San Antonio TX 78228

DO-BO CODE: 852

AOD
DLI 12/31/99

13. DO-BO REPRESENTATIVE (210) 731-3407   14. DATE    11A. Presumptive Disability [ ]    11B. Impairment [ ]

### DETERMINATION PURSUANT TO SOCIAL SECURITY ACT, AS AMENDED

| 15. CLAIMANT DISABLED | 16A. PRIMARY DIAGNOSIS | BODY SYS. | CODE NO. | 16B. SECONDARY DIAGNOSIS | CODE NO. |
|---|---|---|---|---|---|
| A. [X] Disability Began  01/01/95 | MAJOR DEPRESSION | 12 | 2960 | POST TRAUMATIC STRESS DISORDER | 3180 |
| B. [ ] Disability Ceased | | | | | |

| 17. DIARY TYPE | MO./YR. | Reason |
|---|---|---|
| MRN | 05/99 | 3 |

18. CASE OF BLINDNESS AS DEFINED IN SEC. 1614(a)(2)/(216)(i)    19. CLAIMANT NOT DISABLED
A. [ ] Not Disab. for Cash Bene. Purp.    B. [ ] Disab. for Cash Benefit Purp. Beg.
A. [ ] Through Date of Current Determination  B. [ ] Through _____  C. [ ] Before Age 22 (CDB only)

| 20. VOCATIONAL BACKGROUND | OCC. YRS. | ED YRS. | 21. VR ACTION | SC IN | SC OUT | Prev Ref |
|---|---|---|---|---|---|---|
| | | 16 | | A. [ ] | B. [X] | C. [ ] |

| 22. REG-BASIS CODE | 23. MED LIST NO | 24. MOB CODE | 25. REVISED DET | 25A. Initial | Recon | Recon DMU | ALJ Hearing | Appeals Council | U.S. District Court |
|---|---|---|---|---|---|---|---|---|---|
| A61-920(d) | 012.04 | | [ ] | A. [X] | B. [ ] | C. [ ] | D. [ ] | E. [ ] | F. [ ] |

26. LIST NO. > A.    B.    C.    D.    E.    F.

27. RATIONALE  [ ] See Attached SSA-4268-U4/C4    [ ] Check if Vocational Rule Met. Cite Rule >

28. A. [ ] Period of Disability  B. [ ] Disability Period  C. [ ] Estab Beg. _____ AND  D. [ ] Continues  E. [ ] Term

| 29. LTR/PAR NO. | 30. DISABILITY EXAMINER-DDS | 31. DATE | 32. PHYSICIAN OR MEDICAL SPEC. SIGNATURE | 33. DATE |
|---|---|---|---|---|
| | John Aultman | 6/11/96 | [signature] | 6/14/96 |

32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print or Type)
Paul C. Goetz, M.D. #17

32B. SPEC. CODE: 37

34. REMARKS
CLAIMANT IS CAPABLE PER DR DOUGLAS MORGAN EXAM ON 052896

MULTIPLE IMPAIRMENTS CONSIDERED

34A. COMBINED MULTIPLE NONSEVERE-SEVERE
34B. COMBINED MULTIPLE NONSEVERE-NONSEVERE

| 35. BASIS CODE | 36. REV.DET. CODES | 37. SSA REPRESENTATIVE | SSA CODE | 38. DATE |
|---|---|---|---|---|

Form SSA-831-U3 (3/87)

Electronic Input: [ ] DECISION    [ ] CASE CONTROL