#13

United States District Court
Southern District of Texas
ENTERED

MAR 1 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHARLENE K. CARR | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-97-245 |
| | * | |
| ROBERT E. RUBIN, SECRETARY OF | * | |
| THE DEPT. OF TREASURY FOR | * | |
| THE UNITED STATES | * | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. §636(c).

| Signature | Party Represented | Date |
|---|---|---|
| *[signature]* | CHARLENE K. CARR | 03/05/99 |
| *[signature]* | ROBERT E. RUBIN, ET AL | 03/09/99 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

JOHN WILLIAM BLACK

to conduct all further proceedings, including final judgment.

March 10, 1999
DATE

*[signature]*
HILDA TAGLE
UNITED STATES DISTRICT JUDGE