14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHARLENE K. CARR | * | |
| | * | |
| VS | * | C.A. B-97-245 |
| | * | |
| ROBERT E. RUBIN, Secretary | * | |
| of the Treasury of the United | * | |
| States, et al | * | |

United States District Court
Southern District of Texas
FILED Entered
APR 20 1999

Michael N. Milby, Clerk of Court
By:

ORDER

Plaintiff Charlene K. Carr filed a motion to proceed in forma pauperis and a motion for appointment of counsel in the United States District Court for the Western District of Texas, San Antonio Division on April 21, 1997. Plaintiff's motion for appointment of counsel and motion to proceed in forma pauperis were granted by United States Magistrate Judge John W. Primomo on April 28, 1997. The court appointed attorney Jose J. Fernandez to represent Ms. Carr in all pretrial and trial proceedings for this case. Plaintiff's Original Complaint was filed by the clerk on May 20, 1997. Plaintiff's First Amended Complaint was then filed on August 4, 1997. Defendants' answer was filed on October 6, 1997.

Case was transferred to the Southern District of Texas, Brownsville Division on October 9, 1997. Several pretrial hearings were held before U.S. Magistrate Judge Fidencio G. Garza. The parties were ordered to mediate this case before James DeAnda. Attorney Jose J. Fernandez informed Judge Fidencio G. Garza that he was considering filing a motion to withdraw from this case. Attorney Jose J. Fernandez did not appear before this Court on December 17, 1998. Plaintiff filed a motion for reappointment of counsel on October 18, 1998. Attorney Jana Whitworth from Rentfro, Faulk &

Blakemore was appointed on February 20, 1999 to represent Ms. Charlene K. Carr in this case. Attorney Jana Whitworth will be reinbursed for all expenses incurred in representing Ms. Carr.

Done at Brownsville, Texas on April 20, 1999.

John Wm. Black
United States Magistrate Judge