/5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

MAY 1 8 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CHARLENE CARR** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs** | § | **CIVIL NO. B-97-245** |
| | § | |
| **ROBERT E. RUBIN as SECRETARY** | § | |
| **OF TREASURY OF THE UNITED** | § | |
| **STATES OF AMERICA, et al** | § | |
| **Defendants.** | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME
## TO FILE AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **CHARLENE CARR**, Plaintiff in the above-entitled matter, and pursuant to Federal Rules of Civil Procedure 6(b), files this her Motion to Extend Time to File Amended Complaint, and in support thereof would respectfully show the Court as follows:

### A. Introduction

1. Plaintiff, Charlene Carr, sued Defendants, Robert E. Rubin, Secretary of the Treasury of the United States, et al, for sexual harassment, failure to accommodate, wrongful discharge, retaliation, civil conspiracy, assault and battery, and tortious interference with contractual relationship.

2. The court ordered the plaintiff to file an amended complaint.

3. Plaintiff must file her Second Amended Complaint by June 1, 1999.

### B. Argument & Authorities

4. Plaintiff asks the court to grant additional time to file her second amended complaint due

to the delay in arranging a meeting between the plaintiff and her newly appointed counsel.

5. Plaintiff requests an extension of sixty (60) days to file Plaintiff's Second Amended Complaint. More specifically, Plaintiff requests that the deadline, by which to file the Plaintiff's Second Amended Complaint, be extended to August 2, 1999.

6. Plaintiff requests additional time for cause shown, as stated in this motion, and not to delay these proceedings. *See* Fed. R. Civ. P. 6(b).

## C. Prayer

WHEREFORE, PREMISES CONSIDERED, the Plaintiff herein respectfully prays that this Court grant this motion to extend time for filing her Second Amended Complaint in this cause for 60 days, until August 2, 1999.

Respectfully submitted,

Jana Smith Whitworth
SBN: 00797453
FED No: 4483
Attorneys for Plaintiff

Of Counsel:
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben Torres Sr. Blvd.
Brownsville, Texas 78526
(956) 541-9600
(956) 541-9695 fax

## CERTIFICATE OF CONFERENCE

The undersigned counsel has conferred with the opposing party about the merits of this motion, and she has no opposition.

JANA SMITH WHITWORTH

## CERTIFICATE OF SERVICE

I, Jana Smith Whitworth, hereby certify that on this 18th day of May, 1999, a true and correct copy of Plaintiff's Unopposed Motion to Extend Time to File Plaintiff's Second Amended Complaint was sent by regular U.S. mail to Defendant's attorney of record, Nancy L. Masso, Assistant U. S. Attorney, P. O. Box 1671, Brownsville, Texas 78522.

Jana Smith Whitworth

J:\Working\Carr.Char\Motion.ExtensionTime