16

United States District Court
Southern District of Texas
FILED

JUL 1 6 1999

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-97-245         DATE & TIME:   07-16-99 AT 2:00 P.M.

CHARLENE CARR                     PLAINTIFF(S)   CHARLENE CARR
                                  COUNSEL        JANA SMITH WHITWORTH

VS.

ROBERT E. RUBIN, ET AL.           DEFENDANT(S)   NANCY MASSO
                                  COUNSEL

---

    Attorneys Jana Whitworth and Nancy Masso appeared in court for the Status Conference. ERO was Gabriel Mendieta.

    Status conference will be reset for September, 1999.