17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

JUL 2 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CHARLENE CARR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-245 |
| | § | |
| ROBERT E. RUBIN, ET AL. | § | |

TYPE OF CASE:       __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                      DATE AND TIME:

                                                              **SEPTEMBER 17, 1999 AT 2:00 P.M.**

                                              _____
                                              JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     JULY 20, 1999

TO:       MS. JANA SMITH WHITWORTH
          MS. NANCY MASSO
          MR. MAURO RUIZ