18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 20 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CHARLENE CARR | § | |
| Plaintiff, | § | |
| | § | |
| vs | § | CIVIL NO. B-97-245 |
| | § | |
| ROBERT E. RUBIN as SECRETARY | § | |
| OF TREASURY OF THE UNITED | § | |
| STATES OF AMERICA, et al | § | |
| Defendants. | | |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT

ON _16 July_, 1999, the court considered Plaintiff's, Charlene Carr, Unopposed Motion to Extend Time to File Amended Complaint. After considering the unopposed motion, the response and the evidence filed in support of the motion and response, if any, the court

GRANTS the motion and extends the time for Plaintiff to file her Second Amended Complaint to August 2, 1999.

DENIES the motion.

SIGNED on _16 July_, 1999.

_____
JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:

_____
Jana Smith Whitworth

J:\Working\Carr.Char\Motion.ExtensionTime

Page 1