19

# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF TEXAS
### UNITED STATES COURTHOUSE
### 600 E. HARRISON STREET, #204
### BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
FILED

**JUL 1 6 1999**

Michael N. Milby
Clerk of Court

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

July 13, 1999

Mr. Mauro Ruiz
222 E. Van Buren
Suite 405
Harlingen, TX 78550

Re: C.A. B-97-245
Charlene Carr vs. Robert E. Rubin, et al.

Dear Mr. Ruiz:

Pursuant to Fed.R.Civ.Proc. 17(c) I have appointed you as guardian ad litem to represent the interest of Charlene Carr. Ms. Carr's appointed attorney has expressed concerns regarding Ms. Carr's capacity.

Please keep a record of the time you spend on this case and expenses incurred, since those factors will play a substantial role in the fee you are awarded.

I suggest you discuss this case with Mrs. Whitworth at your earliest opportunity.

Very truly yours,

John Wm. Black
U. S. Magistrate Judge

JWB:pt

xc: Ms. Nancy Masso
    Ms. Jana Whitworth