20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHARLENE CARR, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL NO. B-97-245 |
| | § | |
| ROBERT E. RUBIN as SECRETARY | § | |
| OF TREASURY OF THE UNITED | § | |
| STATES OF AMERICA, and THE UNITED | § | |
| STATES OF AMERICA, | § | |
|     Defendants | § | |

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CHARLENE CARR, Plaintiff in the above styled and numbered cause,

files this, her Plaintiff's Motion for Leave of Court to File her Second Amended Complaint, and

would respectfully show unto this Honorable Court the following:

### A. Introduction

Plaintiff has sued Defendants, Robert E. Rubin as Secretary of Treasury of the United

States of America and the United States of America under Title VII Civil Rights Act of 1964, as

amended, 42 U.S.C. § 2000 et seq., and the Federal Torts Claims Act ("FTCA"), 28 U.S.C. §

1346.

On May 18, 1999, Plaintiff filed her Unopposed Motion to Extend Time to File Amended

Complaint, which was granted on the record by this Honorable Court.

### B. Argument

Unless the opposing party can show prejudice, bad faith, or undue delay, a court should

grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230

(1962); see F.R.C.P. 15(a).

The Court should allow the filing of Plaintiff's Second Amended Complaint because Plaintiff would have been unduly prejudiced if not allowed to amend. Plaintiff has refined her cases and sharpened her causes of action.

Plaintiff is filing her Second Amended Complaint contemporaneously with this motion.

C. Prayer

WHEREFORE, PREMISES CONSIDERED, the Plaintiff herein respectfully prays that this Honorable Court grant this Motion for leave of Court to file Plaintiff's Second Amended Complaint in this cause.

Respectfully submitted,
RENTFRO, FAULK & BLAKEMORE, L.L.P.

By: _____
Jana Smith Whitworth
State Bar No.: 00797453
Federal Bar No.: 20656
185 E. Ruben M. Torres, Sr. Blvd.
Brownsville, Texas 78526
Phone:        (956) 541-9600
Facsimile:    (956) 541-9695

ClibPDF - www.fastio.com

# CERTIFICATE OF SERVICE

I, Jana Smith Whitworth, hereby certify that on this 2nd day of August, 1999, a true and correct copy of Plaintiff's Motion for Leave of Court to File Second Amended Complaint was sent by registered certified mail to the below listed individuals.


                                                    Jana Smith Whitworth


Nancy L. Masso
Assistant U.S. Attorney
P.O. Box 1671
Brownsville, Texas 78522
ATTORNEY FOR DEFENDANT

Mauro Ruiz
Denton, Mckamie & Navarro
222 E. Van Buren, Suite 405
Harlingen, Texas 78550
GUARDIAN AD LITEM FOR PLAINTIFF

ClibPDF - www.fastio.com