

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 18 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHARLENE CARR | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-97-245 |
| | * | |
| ROBERT E. RUBIN, ET AL | * | |

## UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S SECOND AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, on behalf of the federal defendants herein, by and through Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, would respectfully show the Court that the United States seeks this extension in order to fully examine the allegations as plead in plaintiff's amended complaint and gather that information necessary in order to provide a complete response.

The United States does not seek this extension to cause delay; the United States seeks this extension so that justice may be done.

### STATEMENT OF CONSULTATION

On August 17, 1999, the undersigned contacted plaintiff's counsel, Jana Smith Whitworth. Ms. Whitworth advised she was not opposed to the filing this motion for extension.

WHEREFORE PREMISES CONSIDERED, the United States of America prays for an extension until October 7, 1999 within which to file its answer to to Plaintiff's Second Amended Complaint.

Respectfully submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., #201
Brownsville, Texas 78520
956-548-2554/FAX 956-548-2549
State Bar No. 00800490

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing United States' Unopposed Motion for Extension of Time to File Answer or Otherwise Plead to Plaintiff's Second Amended Complaint was mailed via certified mail, return-receipt requested to Jana Smith Whitworth, Attorney at Law, Rentfro, Faulk & Blakemore, L.L.P., 185 E. Ruben M. Torres Blvd., Brownsville, TX 78526 on this the 18th day of August, 1999.

NANCY L. MASSO
Assistant United States Attorney

ClibPDF - www.fastio.com