23

**THE HONORABLE, JOHN WM. BLACK, MAGISTRATE JUDGE PRESIDING**

STATUS CONFERENCE

United States District Court
Southern District of TX

Michael N. Milby, Clerk of Court

**CIVIL ACTION NO.** B-97-245  **DATE & TIME** 9/17/99 @ 2:00 P.M.

CHARLENE CARR  **PLAINTIFF(S)** JANA SMITH WHITWORTH-APPOINTED
**COUNSEL** MAURO RUIZ-APPOINTED

**VS**

ROBERT E. RUBIN, ET AL  **DEFENDANT(S)** NANCY MASSO-AUSA
**COUNSEL**

**ELECTRONIC RECORDING OPERATOR:** GABRIEL MENDIETA

**COURTROOM DEPUTY:** LEONEL T. GARZA

**LAW CLERK:** ALEXIA RODRIGUEZ

**COURT SECURITY OFFICER:** ROY ZEPEDA

STATUS CONFERENCE HELD. PRESENT: JANA SMITH WHITWORTH AND MARURO RUIZ FOR PLAINTIFF
NANCY MASSO FOR DEFT. RUBIN, ET AL
COURT RESESTS STATUS CONFERENCE HEARING FOR JANUARY 7, 2000 AT 2:00 P.M.