24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 17 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHARLENE CARR, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL NO. B-97-245 |
| | § | |
| ROBERT E. RUBIN as SECRETARY | § | |
| OF TREASURY OF THE UNITED | § | |
| STATES OF AMERICA, and THE UNITED | § | |
| STATES OF AMERICA, | § | |
|     Defendants | § | |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT

ON  17 SEPT , 1999, this Honorable Court considered Plaintiff's, Charlene Carr, Motion for Leave of Court to File Second Amended Complaint. After considering the motion, the response, and the evidence filed in support of the motion and response, if any, this Honorable Court

GRANTS the motion and allows Plaintiff to file her Second Amended Complaint.

SIGNED on  17 SEPT , 1999.

_____
JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:

_____
Jana Smith Whitworth