25

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 17 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHARLENE CARR | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-97-245 |
| | * | |
| ROBERT E. RUBIN, ET AL | * | |

## ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

CAME on for consideration of the Court the United States' Unopposed Motion for Extension of Time to File Answer or Otherwise Plead to Plaintiff's Second Amended Complaint. It appearing to the Court that the motion should be granted, it is therefore

ORDERED that the United States is GRANTED until 2 Oct, 1999 to file its answer to plaintiff's Complaint.

DONE on this the 17 day of SEPT, 1999 in Brownsville, Texas.

JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE