26

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

SEP 2 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| CHARLENE CARR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-245 |
| | § | |
| ROBERT E. RUBIN, ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                    DATE AND TIME:

**JANUARY 7, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 22, 1999

TO:    MS. JANA SMITH WHITWORTH
       MS. NANCY MASSO
       MR. MAURO RUIZ