29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 19 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHARLENE CARR | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-97-245 |
| | * | |
| ROBERT E. RUBIN, ET AL | | |

**DEFENDANTS' MOTION FOR ORDER DIRECTING THE RELEASE
OF DOCUMENTS IN POSSESSION OF NON-PARTIES
(UNOPPOSED)**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants move for an order directing individuals and/or entities that are not parties in this action to turn over documents and other items that may be relevant to the issues, and defenses, raised in the referenced lawsuit. See Rules 26, 34 and 37 of the Federal Rules of Civil Procedure. Defendants ask that such an order indicate that those turning over the items and documents pursuant to a subpoena issued with a certified copy of this Court's order under this civil action number be protected from liability in conjunction with potential Privacy Act violation allegations.

Defendants seek this order because it has had difficulty securing adequate release documents from the Plaintiff herein. For example, it is believed that Plaintiff's former employer, the City of San Antonio, may have within its possession documents reflecting relevant information that would assist the Defendants in preparing their defense. Initially, Plaintiff, through her attorney, agreed to execute a release for said information; however, when the release was presented to the undersigned, the Plaintiff had crossed out important liability release provisions set forth in the document. See

Defendants' Exhibit 1. Without the execution of these provisions, it is unlikely that the City of San Antonio will agree to the documents' release to Defendants.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Court issue an order directing non-parties to turn-over documents or other items that are responsive to a valid request made by way of subpoena issued under this Civil Action number under authority of this order.

Respectfully Submitted,

MERVYN M. MOSBACKER JR.
UNITED STATES ATTORNEY

_____
NANCY L. MASSO
Assistant U.S. Attorney
600 East Harrison Street, No. 201
Brownsville, Texas 78520
Tel: 956/548-2554
Fax: 956/548-2549
Texas Bar No. 00800490
Fed. I.D. No. 10263

## CERTIFICATE OF CONSULTATION

I certify that I have discussed the issues raised in this motion with Plaintiff's Guardian Ad Litem, Mauro Ruiz, and with Plaintiff's attorney, Jana Whitworth. They do not oppose this motion.

Oct. 19, 1999
DATE

_____
NANCY L. MASSO
Assistant U. S. Attorney

## AUTHORIZATION FOR RELEASE OF INFORMATION

certified for ~~~

I, the undersigned, do hereby authorize the City of San Antonio, any of its Departments and employees, to release to _United States Attorney_ or his authorized representative or employee bearing this Authorization or copy thereof, any information or files as records of the City of San Antonio, Texas pertaining to my employment with the City of San Antonio, including medical reports of any kind.

I hereby direct the City of San Antonio, Texas to release such information and records upon request of the bearer of this authorization. Information may include but is not limited to academic, residential, personnel, achievement, performance, attendance, personal history disciplinary, arrest or conviction records.

I hereby ~~release~~ the City of San Antonio, its officials, officers, agents and employees, including any custodian of such records from any and all liability for ~~damages~~ of whatever kind or nature which may at any time result to me, my heirs, family, representatives on account of compliance, or any attempt to comply with this authorization

DATED on this the _28_ day of _August_, 1999

Signature _C_____
Printed name _Charlenea Carr_

## ACKNOWLEDGMENT

STATE OF TEXAS           *
                         *
COUNTY OF _Bexar_        *

SWORN AND SUBSCRIBED TO BEFORE ME by said individual, _Charlene Carr_ on this the _28_ day of _August_, 1999

_Patricia C_____
Notary Public In and For
The State of Texas

My Commission Expires:
_7/3/2002_



## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing DEFENDANTS' MOTION FOR ORDER DIRECTING THE RELEASE OF DOCUMENTS IN POSSESSION OF NON-PARTIES (UNOPPOSED) was mailed via certified mail, return-receipt requested to Jana Whitworth, Attorney at Law, RENTFRO, FAULK & BLAKEMORE, L.L.P., 185 E. Ruben Torres Blvd., Brownsville, TX 78520 and Mauro Ruiz, Plaintiff's Guardian Ad Litem, DENTON, McKAMIE & NAVARRO, P.C., Bank of America Bldg., 222 E. Van Buren, Suite #405, Harlingen, TX 78550 on this the __19th__ day of OCTOBER, 1999.

*[signature]*

NANCY L. MASSO
Assistant United States Attorney

ClibPDF - www.fastio.com