30

United States District Court
Southern District of Texas
ENTERED

OCT 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHARLENE CARR | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-97-245 |
| | * | |
| ROBERT E. RUBIN, ET AL. | * | |

### ORDER DIRECTING RELEASE OF
### RELEVANT RECORDS PERTAINING TO CHARLENE CARR

On today's date, this Court considered the Defendants' unopposed motion seeking a Court Order directing non-parties to turn over relevant records in their possession that pertain to Plaintiff Charlene Carr. Having reviewed the motion and noted that it is unopposed, this Court finds that it should be GRANTED.

THEREFORE, IT IS ORDERED, that any person, governmental entity, company or corporation, that is not a named party herein, but who has in their possession documents or items that may be relevant to the issues raised in this lawsuit are hereby directed to release those items to the party, or parties, that request same pursuant to a valid request or subpoena issued under this Civil Action number;

IT IS FURTHER ORDERED, that the Parties/Recipient of same shall not further release or use these items other than within the parameters allowed under the Federal Rules of Civil Procedure or that have been established -- or as may be modified -- by this Court.

FINALLY, IT IS ORDERED that any person, governmental entity, company or corporation, their officials, agents and employees, including any custodian of such records responding to a valid request and or subpoena issued under this Civil Action number may not be found liable for damages of whatever kind or nature which may at any time result to Charlene Carr, her heirs, her family, or her representatives as a result of or on account of their compliance with this order, or any attempt to comply with this order.

SIGNED 20 OCT, 1999, in Brownsville, Texas.

JOHN Wm. BLACK
United States Magistrate Judge
Presiding Judge, 28 U.S.C. 636(c)
Southern District of Texas