31

United States District Court
Southern District of Texas
FILED

JAN 0 7 2000

Michael N. Milby
Clerk of Court

THE HONORABLE, JOHN WM. BLACK, MAGISTRATE JUDGE PRESIDING

STATUS CONFERENCE

CIVIL ACTION NO. B-97-245          DATE & TIME 01-07-00 AT 2:00 P.M.

CHARLENE CARR                      PLAINTIFF(S) CHARLENE CARR
                                   COUNSEL      JANA SMITH WHITWORTH

VS

ROBERT E. RUBIN, ET AL             DEFENDANT(S) NANCY MASSO
                                   COUNSEL       MICHELLE ZINGARO

                                   AD LITEM      MAURO RUIZ

ERO              : GABRIEL MENDIETA
COURTROOM DEPUTY: IRMA A. SOTO

Jana Smith Whitworth appeared for the Plaintiff and Nancy Masso appeared for the Defendants.

Written discovery was submitted to the Plaintiff by Defendant and allowed them to respond by February 3, 2000.

Motion to Dismiss by Defendant pending. Plaintiff requested time to respond to said motion. No objection by the Defendant.

Parties to work on the scheduling order and submit to the Court.