32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHARLENE K. CARR | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-97-245 |
| | * | |
| ROBERT E. RUBIN, ET AL. | * | |

## DEFENDANTS' UNOPPOSED
## MOTION TO ESTABLISH RULE 16 SCHEDULING ORDER

Defendants respectfully move that this Court establish a scheduling order pursuant to Rule 16 of the Federal Rules of Civil Procedure. Defendants' propose the following schedule of deadlines for this lawsuit:

(1) Plaintiff respond to Defendants' Second Motion to Dismiss Common Law Tort Claims no later than <u>March 24, 2000</u>;
(2) Parties designate their respective expert witness(es) no later than <u>June 12, 2000</u>;
(3) All discovery in this case must be completed by <u>August 7, 2000</u>;
(4) All other motions, including joinder of parties must be filed no later than <u>August 21, 2000</u>;
(5) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than <u>September 11, 2000</u>;
    (a) the nature of the case;
    (b) contentions of the parties;
    (c) stipulations;
    (d) specific issues of fact, as they are submitted to the jury;
    (e) issues of law, if any;
    (f) list of all pending motions;
    (g) approximate duration of trial; and
    (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.
(6) A final pretrial and settlement conference is set for <u>September 25, 2000</u> at <u>2:00</u> p.m.;
(7) A bench trial on the merits is set for <u>October 2, 2000 at 9:00 a.m.</u>.

## *CONSULTATION CERTIFICATION*

Defendants' counsel has been advised by Plaintiff's counsel, Jana Whitworth, and

Plaintiff's Guardian Ad Litem, Mauro Ruiz, that they have no objection to this motion and the scheduling order as proposed

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Court grant this motion and establish a scheduling order as proposed herein.

Respectfully submitted,

MERVYN M. MOSBACKER, JR.
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Fed. I.D. No. 10263

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendants' Unopposed Motion to Establish Rule 16 Scheduling Order was mailed via first class mail on **January 10, 2000**, to the following counsel of record:

Jana Whitworth
Attorney at Law
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben Torres Blvd.
Brownsville, TX 78520

Mauro Ruiz, Plaintiff's Guardian Ad Litem
DENTON, McKAMIE & NAVARRO, P.C.
Bank of America Bldg.
222 E. Van Buren, Suite #405
Harlingen, TX 78550

January 10, 2000
Date

Nancy L. Masso
Assistant United States Attorney