UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHARLENE K. CARR | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-97-245 |
| | * | |
| ROBERT E. RUBIN, ET AL. | * | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED
## MOTION TO ESTABLISH RULE 16 SCHEDULING ORDER

CAME ON to be heard the Defendants' Unopposed Motion to Establish Rule 16 Scheduling Order. After due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

IT IS HEREBY ORDERED THAT:

(1) Plaintiff respond to Defendants' Second Motion to Dismiss Common Law Tort Claims no later than March 24, 2000;

(2) Parties designate their respective expert witness(es) no later than June 12, 2000;

(3) All discovery in this case must be completed by August 7, 2000;

(4) All other motions, including joinder of parties must be filed no later than August 21, 2000;

(5) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than September 11, 2000;

    (a) the nature of the case;
    (b) contentions of the parties;
    (c) stipulations;
    (d) specific issues of fact, as they are submitted to the jury;
    (e) issues of law, if any;
    (f) list of all pending motions;
    (g) approximate duration of trial; and
    (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

(6) A final pretrial and settlement conference is set for September 25, 2000 at

<u>2:00</u> p.m.;

(7) A bench trial on the merits is set for <u>October 2, 2000 at 9:00 a.m.</u>.

SIGNED on this the *19* day of ___JANUARY___, 2000, in Brownsville, Texas.

                                    JOHN Wm. BLACK
                                    United States Magistrate Judge
                                    Presiding Judge as Designated
                                    Under 28 U.S.C. 636(c)