34

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## UNITED STATES COURTHOUSE
## 600 E. HARRISON STREET, #204
## BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas

MAR 30 2000

Michael N. Milby
Clerk of Court

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

March 30, 2000

Ms. Charlene Carr
P. O. Box 500199
San Antonio, TX   78280

   Re: C.A. B-97-245
     Charlene Carr vs.
     Robert E. Rubin, et al.

Dear Ms. Carr:

  I have appointed a competent attorney to represent you. I have also appointed a competent attorney to act as your ad litem. You have a choice. Continue with Ms. Whitworth or represent yourself.

  I completely disagree with you that Ms. Whitworth has not represented you zealously. In fact it appears that your cooperation with her has left something to be desired.

           Very truly yours,

           John Wm. Black
           United States Magistrate Judge

JWB:pt

xc: Ms. Jana Smith Whitworth
   Mr. Mauro Ruiz

1 of 6

CERTIFIED RETURN RECEIPT
7099 3400 0002 6880 3047

MARCH 2?, 2000

TO:   HONORABLE JUDGE JOHN W. BLACK
      U.S. DISTRICT COURTS
      SOUTHERN DISTRICT OF TEXAS
      600 E. HARRISON SUITE #204
      BROWNSVILLE, TX 78520

FROM: CHARLENE CARR
      P.O. BOX 500199
      SAN ANTONIO, TX 78280

RE:   REQUEST REAPPOINT OF COUNSEL   CASE B-97-245

DEAR HONORABLE JUDGE JOHN W. BLACK,
I DO NOT FEEL THAT ATTORNEY WHITWORTH IS ACTING IN MY BEST INTEREST.
ENCLOSED IS THE RECENT CORRESPONDENCE WITH A DEADLINE OF 22 FEB. 2000
FORWARDED TO ME ON 22 FEBRUARY 2000 RECEIVED MARCH 15, 2000.
ALSO ENCLOSED IS A LETTER DATED JANUARY 14, 2000, IN WHICH
MS. WHITWORTH STATES IN THE THIRD PARAGRAPH THAT IF I WAS A
PRIVATE CLIENT AND NOT A CLIENT WHO WAS APPOINTED BY THE COURT
THAT SHE WOULD CEASE REPRESENTATION OF M  (SEE COPY).
A RESPONSE LETTER DATED JANUARY 25, 2?   WAS FORWARDED TO
MS. WHITWORTH, IN REBUTTAL TO MS. WHI?   TH'S PREJUDICIAL
VIEW AFTER NOT COMMUNICATING WITH ME ?OR SOME TIME DUE TO
HER DISABILITY. (letter enclosed)

MS. WHITWORTH HAS DISPLAYED LACK OF ZEALOUSNESS, THEREFORE,
HER LACK OF ZEALOUSNESS ARE GROUNDS FOR DISQUALIFICATION.
MS. WHITWORTH PREJUDICIAL VIEW OF ME AS DEMONSTRATED WITH HER
STATING THAT SHE WOULD NOT REPRESENT ME IN HER LETTER DATED
JAN. 14, 2000 AND HER LACK OF ZEALOUSNESS ARE GROUNDS FOR
DISQUALIFICATION. MS. WHITWORTH SHOULD NOT BE FORCED TO
REPRESENT PLAINTIFF CHARLENE CARR.
ENCLOSED IS A MOTION FOR REAPPOINT OF COUNSEL.
THANK YOU.
SINCERELY,

CHARLENE CARR

6 enclosures

2 of 6

7099 3400 0002 6880 3047
CERTIFIED RETRUN RECEIPT

```
            UNITED STATES DISTRICT COURTS
            SOUTHERN DISTRICT OF TEXAS
            BROWNSVILLE, TEXAS
```

CHARLENE K. CARR,
    PLAINTIFF

                                   CIVIL NO. B-97-245

ROBERT E. RUBIN, SECRETARY OF
THE UNITED STATES TREASURY
    DEFENDANT

## MOTION FOR REAPPOINT OF COUNSEL

PURSUANT TO 42 U.S.C. SECTION 2000e-5(f)(1), PLAINTIFF, CHARLENE K. CARR, RESPECTFULLY MOVES THIS HONORABLE COURT FOR LEAVE TO PROCEED IN THIS MATTER WITHOUT PAYMENT OF FEES, COST, OR SECURITY: AND FURTHER, TO REAPPOINT AN ATTORNEY TO REPRESENT HER IN THIS TITLE VII SUIT.

BECAUSE I AM SEVERELY MENTALLY DISABLED AND UNABLE TO CARE FOR MYSELF AS ANY NORMAL PERSON, I MUST RELY ON HELP FROM OTHER SOURCES. I AM UNABLE TO WORK IN THE NATIONAL ECOMONY AS PRESCRIBED BY SOCIAL SECURITY ADMINISTRATION MEDICAL OFFICER.(SEE EXHIBIT A)

ATTORNY WHITWORE HAS STATED THAT SHE "WOULD SEASE REPRESENTATION OF ME". AND SHE HAS A PREJUDICIAL VIEW OF ME AFTER NOT COMMUNICATING WITH ME FOR SOME TIME DUE TO HER DISABILITY. HER LACK OF ZEALOUSNESS ARE GROUNDS FOR DISQUALIFICATION. MS. WHITWORTH HAS DISPLAYED LACK OF ZEALOUSNESS AND SHE SHOULD NOT BE FORCED TO REPRESENT PLAINTIFF CHARLENE CARR.

RELIEF REQUESTED, THEREFORE, IN THIS MOTION TO REAPPOINT COUNSEL, IS THAT THE MOTION BE ACCEPTED, AND THE RECONSIDERATION BE GRANTED FOR REAPPOINTMENT OF COURT APPOINTED COUNSEL.

RESPECTFULLY REQUESTE, THIS 21 DAY OF MARCH 2000

                                   _____
                                   CHARLENE K. CARR

CERTIFIED RETURN RECEIPT
7099322000017484 2488
7099 3400 0002 6880 3047

JANUARY 25, 2000

TO: JANA WHITWORTH
RENTFRO, FAULK & BLACKMORE, L.L.P.
185 RUBEN M. TORRES, SR. BOULEVARD
BROWNSVILLE, TX 78520-9136

FROM: CHARLENE CARR
P.O. BOX 500199
SAN ANTONIO, TX 78280

RE: RESPONSE TO YOUR LETTER DATED JANUARY 14, 2000/CASE B-97-245
CARR VS RUBEN US DISTRICT COURT IN SOUTHERN DISTRICT BROWNSVILLE.

DEAR MS. WHITWORTH:

I HAVE RECEIVED YOUR LETTER DATED JANUARY 14, 2000 ON JANUARY 24, 2000. AnD I AM EXTREMELY DISAPPOINTED WITH THE TONE AND CONCLUSION YOU HAVE DRAWN. IT APPEARS THAT YOU HAVE ALREADY DEVELOPED A PREJUDICIAL VIEW AFTER US NOT COMMUNICATING FOR SOMETIME DUE TO YOUR DISABILITY. THERE APPEARS TO HAVE BEEN NO ATTEMPT TO QUESTION WHETHER THE STATEMENTS IN THE DOCUMENTS RECEIVED FROM THE CITY OF SAN ANTONIO ARE FACTUAL INSTEAD YOU HAVE QUESTIONED MY STATEMENTS WITHOUT GIVING ME AN OPPORTUNITY TO REBUT ANY PARTS OF THIS INFORMATION IN QUESTIONED FOR THIS IS THE FIRST TIME THAT I HAVE VIEWED MUCH OF THE INFORMATION THAT YOU SENT. AND I WAS NEVER GIVEN AN OPPORTUNITY BY THE CITY OF SAN ANTONIO OR ANYONE ELSE TO REBUT THE STATEMENTS WHICH IS WHAT IS NEEDED TO FAIRLY ADDRESS THE ISSUES.

AS STATED IN OUR PRIOR CONVERSATIONS AND COORESPONDENCE, I WAS EMPLOYED WITH U.S. CUSTOMS SINCE 1989 UNTIL RETIREMENT IN 1996. CUSTOMS CONDUCTED AN INVESTIGATION INTO MY BACKGROUND AND NONE OF THE STATEMENTS THAT YOU HAVE ADDRESSED WAS A FACTOR IN MY EMPLOYMENT WITH U.S. CUSTOMS. AND I DON'T FEEL THAT IT IS RELEVANT IN THIS CASE. MY CASE IS ABOUT DOCUMENTED SEXUAL HARASSMENT, RETALIATION, AND FAILURE BY THE AGENCY TO PROTECT ME FROM FURTHER HARM AS IDENTIFIED IN THE INFORMATION THAT HAS BEEN SENT TO YOU WHERE THERE HAS BEEN AN ADMISSION THAT I WAS ASSAULTED AND HARASSED. SINCE, I NEVER HAD AN OPPORTUNITY TO REBUT THE STATEMENTS, IF THE INFORMATION FROM THE SAN ANTONIO POLICE ACADEMY/CITY OF SAN ANTONIO IS TO BE USED, I REQUEST THAT DEPOSITIONS BE TAKEN FROM EACH PERSON THAT MADE STATEMENTS AND THAT I BE GIVEN AN OPPORTUNITY TO STATE MY SIDE. THERE ARE MANY FALSE STATEMENTS AND DISTORTIONS FROM THE CITY OF SAN ANTONIO CONCERNING THE INCIDENT. AND SOME OF THE INFORMATION YOU SENT HAS BEEN MISREPRESENTED. I SAW NO SWORN AFFIDAVITS IN THE INFORMATION THAT WAS SENT.

IF YOU DO NOT FEEL THAT YOU CAN FAIRLY REPRESENT ME OR TRUST MY STATEMENTS, I FEEL IT WOULD BE IN BOTH OF OUR BEST INTEREST TO GET SOMEONE ELSE APPOINTED TO HANDLE MY CASE. I WILL BE REVIEWING THE INFORMATION SENT AND WILL GET YOU A REPLY TO THE INTERROGATORIES BY FEBRUARY 1, 2000.
SINCERELY,

CHARLENE CARR
CC: MAURO RUIZ

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CHARLENE CARR | * |
| | * |
| v. | *   CIVIL ACTION No. B-97-245 |
| | * |
| ROBERT E. RUBIN, ET AL. | * |

## ORDER DIRECTING RELEASE OF
## RELEVANT RECORDS PERTAINING TO CHARLENE CARR

On today's date, this Court considered the Defendants' unopposed motion seeking a Court Order directing non-parties to turn over relevant records in their possession that pertain to Plaintiff Charlene Carr. Having reviewed the motion and noted that it is unopposed, this Court finds that it should be GRANTED.

THEREFORE, IT IS ORDERED, that any person, governmental entity, company or corporation, that is not a named party herein, but who has in their possession documents or items that may be relevant to the issues raised in this lawsuit are hereby directed to release those items to the party, or parties, that request same pursuant to a valid request or subpoena issued under this Civil Action number;

IT IS FURTHER ORDERED, that the Parties/Recipient of same shall not further release or use these items other than within the parameters allowed under the Federal Rules of Civil Procedure or that have been established -- or as may be modified -- by this Court.

FINALLY, IT IS ORDERED that any person, governmental entity, company or corporation, their officials, agents and employees, including any custodian of such records responding to a valid request and or subpoena issued under this Civil Action number may not be found liable for damages of whatever kind or nature which may at any time result to Charlene Carr, her heirs, her family, or her representatives as a result of or on account of their compliance with this order, or any attempt to comply with this order.

SIGNED 20 OCT, 1999, in Brownsville, Texas.

JOHN Wm. BLACK
United States Magistrate Judge
Presiding Judge, 28 U.S.C. 636(c)
Southern District of Texas

# RENTFRO, FAULK & BLAKEMORE, L.L.P.
### ATTORNEYS, COUNSELORS AND MEDIATORS

T. Mark Blakemore
Daniel Rentfro Jr
William L. Rentfro
William A. Faulk, Jr

Jana Smith Whitworth
Roman "Dino" Esparza
Tracy Berabe

185 RUBEN M. TORRES, SR. BOULEVARD
(FM 802 AT McALLEN ROAD)
BROWNSVILLE, TEXAS 78520-9136

Tel.: 956-541-9600
Fax: 956-541-9695
E-Mail: attorneys@rfbllp.com

Of Counsel
Daniel L. Rentfro
William A. Faulk, Sr

Kenneth S. Harder
Board Certified
Immigration & Nationality Law
Texas Board of Legal Specialization

February 22, 2000

Ms. Charlene Kim Carr
P. O. Box 500199
San Antonio, Texas 78280

*Via Certified Mail*
*Return Receipt Requested*
*#Z 271 666 094 and Regular Mail*

Re: B-97-245; *Charlene K. Carr vs Robert E. Ruben, Secretary of the Department of Treasury for the U.S.*; In the United States District Court in the Southern District of Texas, Brownsville Division
Various Authorizations Requested By The Government

Dear Ms. Carr:

Please find enclosed five (5) authorizations for the release of various documents and information related to your case. More specifically please find enclosed the following releases: (i) authorization to furnish medical insurance information; (ii) authorization to release employment information and reports; (iii) authorization to release Social Security records; (iv) authorization to release records of the U.S. Office of Personnel Management; and (v) authorization to release records of Office of Workmen's Compensation. As you know, these releases were forwarded to you earlier this year for your execution. To date, you have not returned the executed releases. These releases were part of the government's Request For Production which are due today, February 22, 2000.

Please be advised that the government can request that the Court order your execution of these releases. If the Court grants the motion and orders you to execute these releases, you will be held in contempt of Court for failure to execute the releases pursuant to the Court's order Accordingly, please execute the releases enclosed and return to me at your earliest convenience. That way, I will be able to advise the government attorney that the releases will be forthcoming and intervention by the Court will not be necessary.

6 of 6

# RENTFRO, FAULK & BLAKEMORE, L.L.P.
### ATTORNEYS, COUNSELORS AND MEDIATORS

185 RUBEN M. TORRES, SR. BOULEVARD
(FM 802 AT McALLEN ROAD)
BROWNSVILLE, TEXAS 78520-0136

Tel.: 956-541-9600
Fax: 956-541-9695
E-Mail: attorneys@rfbllp.com

January 14, 2000

T Mark Blakemore
 *Also licensed in F---*
Daniel Rentfro, Jr.
 *Member Attorney Mediators ---*
William L. Rentfro
William A. Faulk, Jr.
---- --
Jana Smith Whitworth
Roman "Dino" Esparza
Tracy Berube

Of Counsel
Daniel L. Rentfro
William A. Faulk, Sr

Kenneth S. Harder
 *Board Certified
 Immigration & Nationality Law
 Texas Board of Legal Specialization*

Ms. Charlene Kim Carr
P. O. Box 500199
San Antonio, Texas   78280

*Via Certified Mail
Return Receipt Requested
#Z 271 665 997 and Regular Mail*

Re.   B-97-245; *Charlene K. Carr vs Robert E. Ruben, Secretary of the Department of Treasury for the U.S.*; In the United States District Court in the Southern District of Texas, Brownsville Division

Dear Ms. Carr:

    Please find enclosed copies of the following documents: (i) documents from the San Antonio Police Department related to your termination as a cadet with the San Antonio Police Department and your EEOC proceeding (ii) Defendant's First Request for Production of Documents to Plaintiff; and (iii) Defendant's First Set of Interrogatories to Plaintiff.

    Please read through the information provided by the San Antonio Police Department regarding your termination from their Police Academy. This documentation completely contradicts the facts you provided me regarding your termination from the San Antonio Police Department. More specifically, you advised me that you voluntarily left the San Antonio Police Academy because the job with the U.S. Customs Department provided a better opportunity for employment. The documents provided show that your story is a complete falsehood. In fact, these documents indicate that you were involuntarily terminated for sexually harrassing a fellow male cadet.

    After you read these documents, please consider any other falsehoods you might have told me that may impede my representation in your case. It is absolutely critical that you are truthful and forthcoming with any information regarding your prior employment because such information affects, not only my ability to represent you, but also could affect the outcome of your case. Please note that if you were a private client and not a client who was appointed to me by the Court, I would cease representation of you at this time based upon your inability to be truthful with me.

    As this is not the case, I must continue representation of you based upon the Court's order. Therefore, I would like to discuss this representation and what this case involves and what your expectations of this matter can realistically be at this time in light of this revelation from the San Antonio Police Department.