36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 19 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CHARLENE K. CARR, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-97-245 |
| | * | |
| ROBERT E. RUBIN, as SECRETARY | * | |
| OF THE TREASURY FOR THE | * | |
| UNITED STATES, & UNITED | * | |
| STATES OF AMERICA | * | |
| Defendants. | * | |

ORDER SETTING HEARING

Be advised that this Court has determined that this matter should be set for a status and motion(s) hearing.

THEREFORE, IT IS ORDERED THAT all parties in this matter–personally or through their attorney of record–appear for a status and motion hearing on **May 5, 2000, at 2:00 p.m.** at the United States Federal Courthouse, 2nd Floor, located at 600 East Harrison Street in Brownsville, Texas.

The purpose of this hearing will be to: (1) determine the current status of the case; (2) establish any necessary deadlines; and, (3) hear arguments with regard to those pending motions that are ripe for decision.

SIGNED on _____17 APRIL_____, 2000, in Brownsville, Texas.

JOHN Wm. BLACK
United States Magistrate Judge
Southern District of Texas
Presiding Judge, 28 U.S.C 636(c)