# RENTFRO, FAULK & BLAKEMORE, L.L.P.
### ATTORNEYS, COUNSELORS AND MEDIATORS

T. Mark Blakemore
*Also licensed in Florida*
Daniel Rentfro, Jr.
*Member, Attorney-Mediators Institute*
William L. Rentfro
William A. Faulk, Jr.

Jana Smith Whitworth
Roman "Dino" Esparza
Tracy Berube

185 E. RUBEN M. TORRES, SR. BOULEVARD
(FM 802 AT MCALLEN ROAD)
BROWNSVILLE, TEXAS 78520-9136

Tel.: 956-541-9600
Fax: 956-541-9695
E-Mail: attorneys@rfbllp.com

Of Counsel
Daniel L. Rentfro
William A. Faulk, Sr.

Kenneth J. Harder
*Board Certified*
*Immigration & Nationality Law*
*Texas Board of Legal Specialization*

April 7, 2000

U. S. District Clerk's Office
Southern District of Texas
Attn: Mr. Butch Barbosa
500 E. 10th Street, Room 105
Brownsville, Texas 78520

RE:   Civil No. B-97-245; Charlene Carr vs. Robert E. Rubin as Secretary of Treasury of the United States of American, et al; In the United States District Court of the Southern District of Texas Brownsville Division.

Dear Mr. Barbosa:

Judge Black appointed me to represent the Plaintiff, Charlene Carr, in the above referenced matter. The Order appointing me specifies that I am to be reimbursed for my expenses. I have enclosed a copy of that Order for your convenience.

Please find enclosed a detailed slip listing the expenses I have incurred on this matter from February 26, 1999 through April 5, 2000. These expenses total $1,124.43.

Accordingly, please make arrangements to forward payment for these expenses. Please make the check payable to my firm, Rentfro, Faulk & Blakemore, L.L.P. The payment may be forwarded to the address printed on the letterhead of this letter.

Please contact me if you require any additional documentation or information to facilitate payment of these expenses. Your assistance in this matter is greatly appreciated.

Very truly yours,

Jana Smith Whitworth
FOR THE FIRM

Enclosures
cc:   Ms. Charlene Carr

J:\Working\CARR.CHAR\distclk.letter4-07-00.wpd

14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CHARLENE K. CARR | * |
| VS | * C.A. B-97-245 |
| ROBERT E. RUBIN, Secretary of the Treasury of the United States, et al | * |

United States District Court
Southern District of Texas
~~FILED~~ Entered
APR 22 1999
Michael N. Milby, Clerk of Court
By: [signature]

ORDER

Plaintiff Charlene K. Carr filed a motion to proceed in forma pauperis and a motion for appointment of counsel in the United States District Court for the Western District of Texas, San Antonio Division on April 21, 1997. Plaintiff's motion for appointment of counsel and motion to proceed in forma pauperis were granted by United States Magistrate Judge John W. Primomo on April 28, 1997. The court appointed attorney Jose J. Fernandez to represent Ms. Carr in all pretrial and trial proceedings for this case. Plaintiff's Original Complaint was filed by the clerk on May 20, 1997. Plaintiff's First Amended Complaint was then filed on August 4, 1997. Defendants' answer was filed on October 6, 1997.

Case was transferred to the Southern District of Texas, Brownsville Division on October 9, 1997. Several pretrial hearings were held before U.S. Magistrate Judge Fidencio G. Garza. The parties were ordered to mediate this case before James DeAnda. Attorney Jose J. Fernandez informed Judge Fidencio G. Garza that he was considering filing a motion to withdraw from this case. Attorney Jose J. Fernandez did not appear before this Court on December 17, 1998. Plaintiff filed a motion for reappointment of counsel on October 18, 1998. Attorney Jana Whitworth from Rentfro, Faulk &

Blakemore was appointed on February 20, 1999 to represent Ms. Charlene K. Carr in this case. Attorney Jana Whitworth will be reinbursed for all expenses incurred in representing Ms. Carr.

Done at Brownsville, Texas on April 20, 1999.

_____
John Wm. Black
United States Magistrate Judge

```
Date 04/05/00                    RENTFRO FAULK & BLAKEMORE L
Time 2:50 pm                          Detail Slip Listing                                    Page 1

For time:  s=spent   u=unbillable   e=estimated   v=variance

Date / Start Time                Timekeeper
Reference                        Client                    Rate
Description              Slip#   Activity                  Level         Time           Total
.............................2641
02/26/99                         LRH
Postage                          CARR    .CHARLENE         Qty          Amount
                                 $Postage                   1            2.98           2.98



.............................2725
02/26/99                         RFB
Copying cost                     CARR    .CHARLENE         Qty          Amount
                                 $Photocopies              10            0.25           2.50



.............................2819
02/26/99                         RFB
Copying cost                     CARR    .CHARLENE         Qty          Amount
                                 $Photocopies             100            0.25          25.00



.............................4452
03/31/99                         RFB
Postage                          CARR    .CHARLENE         Qty          Amount
                                 $Postage                   1           10.26          10.26



.............................4594
03/31/99                         RFB
Copying cost                     CARR    .CHARLENE         Qty          Amount
                                 $Photocopies              44            0.25          11.00



.............................4697
03/31/99                         RFB
Fax                              CARR    .CHARLENE         Qty          Amount
                                 $Fax                       1            2.00           2.00



.............................7177
05/31/99                         RFB
Postage                          CARR    .CHARLENE         Qty          Amount
                                 $Postage                   1            3.63           3.63



.............................7283
05/31/99                         RFB
Copying cost                     CARR    .CHARLENE         Qty          Amount
                                 $Photocopies              69            0.25          17.25
```

```
Date 04/05/00                    RENTFRO FAULK & BLAKEMORE L
Time 2:50 pm                           Detail Slip Listing                            Page 2

For time: s=spent   u=unbillable   e=estimated   v=variance

Date / Start Time            Timekeeper
Reference                    Client                    Rate
Description          Slip#   Activity                  Level          Time            Total

.........................7653
05/13/99                     RFB
Long distance charges        CARR   .CHARLENE          Qty          Amount
                             $Long Distance             1            0.24             0.24


.........................7703
06/08/99                     RFB
Delivery Cost                CARR   .CHARLENE          Qty          Amount
                             $Delivery                  1           126.90           126.90


.........................8192
06/09/99                     RFB
Long distance charges        CARR   .CHARLENE          Qty          Amount
                             $Long Distance             1            1.09             1.09


.........................8226
06/15/99                     RFB
Copying cost - civil court   CARR   .CHARLENE          Qty          Amount
file                         $Photocopies               1           48.00            48.00


.........................8227
06/15/99                     RFB
Copying cost - Quadra Med    CARR   .CHARLENE          Qty          Amount
Corporation; medical records $Photocopies               1           48.24            48.24


.........................8234
06/17/99                     RFB
Copying cost - F Irigoyen    CARR   .CHARLENE          Qty          Amount
MDPA; medical records        $Photocopies               1           30.00            30.00


.........................8235
06/17/99                     RFB
Copying cost - Jose E        CARR   .CHARLENE          Qty          Amount
Salinas MD; medical records  $Photocopies               1           25.00            25.00


.........................8236
06/17/99                     RFB
Copying cost - Mirta         CARR   .CHARLENE          Qty          Amount
Zorrilla MD; medical records $Photocopies               1          100.00           100.00
```

```
Date 04/05/00                    RENTFRO FAULK & BLAKEMORE L
Time 2:50 pm                          Detail Slip Listing                              Page 3

For time: s=spent   u=unbillable   e=estimated   v=variance

Date / Start Time            Timekeeper
Reference                    Client                     Rate
Description          Slip#   Activity                   Level         Time              Total
.........................8237
06/22/99                     RFB
Copying cost - Jose E        CARR    .CHARLENE          Qty          Amount
Salinas MD; medical records  $Photocopies                1            25.00              25.00


.........................8244
06/28/99                     RFB
Copying cost - Jacques G.    CARR    .CHARLENE          Qty          Amount
Baillargeon, MD              $Photocopies                1            30.00              30.00


.........................8442
06/30/99                     RFB
Postage                      CARR    .CHARLENE          Qty          Amount
                             $Postage                    1             2.86               2.86


.........................8641
06/30/99                     RFB
Copying cost                 CARR    .CHARLENE          Qty          Amount
                             $Photocopies               26             0.25               6.50


.........................10016
07/31/99                     RFB
Copying cost                 CARR    .CHARLENE          Qty          Amount
                             $Photocopies               18             0.25               4.50


.........................10119
07/31/99                     RFB
Fax                          CARR    .CHARLENE          Qty          Amount
                             $Fax                       11             2.00              22.00


.........................10219
07/31/99                     RFB
Postage                      CARR    .CHARLENE          Qty          Amount
                             $Postage                    1             0.88               0.88


.........................10274
07/13/99                     RFB
Long distance charges        CARR    .CHARLENE          Qty          Amount
                             $Long Distance              1             2.27               2.27
```

```
Date 04/05/00                    RENTFRO FAULK & BLAKEMORE
Time 2:50 pm                        Detail Slip Listing                                    Page 4

For time: s=spent  u=unbillable  e=estimated   v=variance

Date / Start Time              Timekeeper
Reference                      Client                    Rate
Description              Slip# Activity                  Level         Time            Total

.........................11927
08/31/99                       RFB
Copying cost                   CARR    .CHARLENE         Qty         Amount
                               $Photocopies              168          0.25             42.00


.........................12014
08/31/99                       RFB
Postage                        CARR    .CHARLENE         Qty         Amount
                               $Postage                   1          20.62             20.62


.........................12057
08/31/99                       RFB
Copying cost                   CARR    .CHARLENE         Qty         Amount
                               $Photocopies              243          0.25             60.75


.........................12203
08/10/99                       RFB
Long distance charges          CARR    .CHARLENE         Qty         Amount
                               $Long Distance             1           1.55              1.55


.........................12436
09/08/99                       RFB
Long distance charges          CARR    .CHARLENE         Qty         Amount
                               $Long Distance             1           0.67              0.67


.........................12862
09/30/99                       RFB
Fax                            CARR    .CHARLENE         Qty         Amount
                               $Fax                       6           2.00             12.00


.........................12966
09/30/99                       RFB
Copying cost                   CARR    .CHARLENE         Qty         Amount
                               $Photocopies              25           0.25              6.25


.........................13087
09/30/99                       RFB
Postage                        CARR    .CHARLENE         Qty         Amount
                               $Postage                   1           0.66              0.66
```

```
Date 04/05/00                    RENTFRO FAULK & BLAKEMORE I
Time 2:50 pm                         Detail Slip Listing                              Page 5

For time: s=spent   u=unbillable   e=estimated   v=variance

Date / Start Time             Timekeeper
Reference                     Client                    Rate
Description         Slip#     Activity                  Level         Time            Total
.......................14321
10/18/99 - 10/22/99           RFB
Fax                           CARR    .CHARLENE         Qty           Amount
                              $Fax                      6             2.00            12.00


.......................18169
01/10/00 - 01/14/00           RFB
Copying Cost                  CARR    .CHARLENE         Qty           Amount
                              $Photocopies              8             0.25            2.00


.......................18207
01/10/00 - 01/14/00           RFB
Fax                           CARR    .CHARLENE         Qty           Amount
                              $Fax                      2             2.00            4.00


.......................18432
01/17/00 - 01/21/00           RFB
Fax                           CARR    .CHARLENE         Qty           Amount
                              $Fax                      7             2.00            14.00


.......................18842
01/24/00 - 01/31/00           RFB
Copying cost                  CARR    .CHARLENE         Qty           Amount
                              $Photocopies              4             0.25            1.00


.......................18935
01/31/00                      RFB
Copying Cost                  CARR    .CHARLENE         Qty           Amount
                              $Photocopies              223           0.25            55.75


.......................19000
01/31/00                      RFB
Postage                       CARR    .CHARLENE         Qty           Amount
                              $Postage                  1             7.61            7.61


.......................19368
02/01/00 - 02/04/00           RFB
Fax                           CARR    .CHARLENE         Qty           Amount
                              $Fax                      2             2.00            4.00
```

```
Date 04/05/00              RENTFRO FAULK & BLAKEMORE L
Time 2:50 pm                   Detail Slip Listing                         Page 6

For time: s=spent   u=unbillable  e=estimated   v=variance

Date    Start Time           Timekeeper
Reference                    Client                   Rate
Description         Slip#    Activity                 Level         Time         Total

......................19389
02/01/00 - 02/04/00          RFB
Copying Fee                  CARR    .CHARLENE        Qty           Amount
                             $Photocopies             22            0.25          5.50


......................20830
02/21/00 - 02/29/00          RFB
Copying cost                 CARR    .CHARLENE        Qty           Amount
                             $Photocopies             94            0.25         23.50


   .
......................20903
02/29/00                     RFB
Copying cost                 CARR    .CHARLENE        Qty           Amount
                             $Photocopies             270           0.25         67.50


......................20980
02/29/00                     RFB
Postage                      CARR    .CHARLENE        Qty           Amount
                             $Postage                 1             10.47        10.47


......................22866
03/01/00 - 03/31/00          RFB
Copying cost                 CARR    .CHARLENE        Qty           Amount
                             $Photocopies             2             0.25          0.50


......................23031
03/01/00 - 03/31/00          RFB
Fax                          CARR    .CHARLENE        Qty           Amount
                             $Fax                     12            2.00         24.00


......................23120
04/05/00                     RFB
telephone conference with F  CARR    .CHARLENE        Qty           Amount
Irigoyen M.D.;               $Service Fee             1             200.00       200.00


==================================================                   ==========  ==========
GRAND TOTAL
                             Timekeeper                              0.00s          0.00
                             Client                                                 0.00
                             Activity                                            1124.43
                             Billable                                            1124.43
                             Unbillable                                             0.00
```