40

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE AND MOTION HEARING

United States District Court
Southern District of Texas
FILED

MAY 2 2 2000

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-97-245

DATE & TIME: 5/5/00 @ 2:00PM

CHARLENE CARR

PLAINTIFF COUNSEL: JANA SMITH
WHITWORTH

VS.

ROBERT E. RUBIN, ET. AL

DEFENDANT COUNSEL: NANCY
MASSO

---

> Mediation failed the first time, but a second mediation will be scheduled.

> Discussed attorney's fees for Ms. Carr.

> Judge stated that Ms. Carr can use the release that has already been signed to obtain other medical records.