UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHARLENE K. CARR, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-97-245 |
| | * | |
| ROBERT E. RUBIN, as SECRETARY | * | |
| OF THE TREASURY FOR THE | * | |
| UNITED STATES, & UNITED | * | |
| STATES OF AMERICA | * | |
| Defendants. | * | |

## DEFENDANTS' MOTION FOR INDEPENDENT PSYCHIATRIC EXAMINATION OF PLAINTIFF (UNOPPOSED)

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants herein move this Court to order the Plaintiff to report for an independent psychiatric examination. Defendants file this motion pursuant to Rules 26(a)(5) and 35 of the Federal Rules of Civil Procedure. Defendants believe that a psychiatric examination of plaintiff is necessary in order to prepare their defense in this action. Defendants have contacted forensic psychiatrist, Dr. Mike Arambula, who indicated that he is willing to perform the examination at his office located at 14800 U.S. 281 North, Suite #110, in San Antonio, Texas 78232 on July 11, 2000 at 10:00 a.m.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court issue an order allowing for an independent psychiatric examination and require the Plaintiff to attend this appointment.

Respectfully Submitted,

MERVYN M. MOSBACKER, JR.
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison, #201
Brownsville, Texas 78520
Tel: (956) 548-2554; Fax: (956) 548-2549
Texas State Bar No. 00800490
Federal ID No. 10263

## Statement Certifying Consultation

On May 5, 2000, the undersigned advised Plaintiff's attorney and Plaintiff's attorney ad-litem of this motion. Both attorneys indicated that they were not opposed to this motion.

_May 23, 2000_
Date

_/s/ Nancy L. Masso_
NANCY L. MASSO
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on May 23, 2000, I forwarded a copy of the Defendants' Motion for Independent Examination of Plaintiff (Unopposed) to Plaintiff's counsel, Jana Whitworth, RENTFRO, FAULK & BLAKEMORE, LLP, 185 E. Ruben Torres Blvd., Brownsville, Texas, and Ms. Carr's Guardian ad litem, Mr. Mauro Ruiz, at DENTON, McKAMIE & NAVARRO, PC, Bank of America Bldg., 222 East Van Buren, Suite 405, Harlingen, Texas 78550, by Certified Mail, Return Receipt Requested.

_5/23/00_
DATE

_/s/ Nancy L. Masso_
NANCY L. MASSO
Assistant U. S. Attorney

ClibPDF - www.fastio.com