# RENTFRO, FAULK & BLAKEMORE, L.L.P.
### ATTORNEYS, COUNSELORS AND MEDIATORS

T. Mark Blakemore
*Also licensed in Florida*
*Civil Law Notary*

Daniel Rentfro, Jr.
*Member Attorney Mediators Institute*

William L. Rentfro

William A. Faulk, Jr.

———

Jana Smith Whitworth
Roman "Dino" Esparza
Tracy Berube

185 E. RUBEN M. TORRES, SR. BOULEVARD
(FM 802 AT McALLEN ROAD)
BROWNSVILLE, TEXAS 78520-9136

Tel.: 956-541-9600
Fax: 956-541-9695
E-Mail: attorneys@rfbllp.com

Of Counsel
Daniel L. Rentfro
William A. Faulk, Sr.

———

Kenneth J. Harder
*Board Certified*
*Immigration & Nationality Law*
*Texas Board of Legal Specialization*

United States District Court
Southern District of Texas
RECEIVED
MAY 24 2000
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
FILED
MAY 24 2000
Michael N. Milby
Clerk of Court

May 22, 2000

U. S. District Clerk's Office
Southern District of Texas
Attn: Mr. Butch Barbosa
500 E. 10th Street, Room 105
Brownsville, Texas 78520

RE:  Civil No. B-97-245; *Charlene Carr vs. Robert E. Rubin as Secretary of Treasury of the United States of American, et al*; In the United States District Court of the Southern District of Texas Brownsville Division.

Dear Mr. Barbosa:

Enclosed please find the originals of two Requests for Reimbursement of Expenses in the above referenced matter, with invoices and/or detail slip listing documents for verification of these expenses. Also enclosed is a copy of the order appointing me as the attorney for Charlene K. Carr, Plaintiff.

If you should have any questions or comments, please advise.

Very truly yours,

Jana Smith Whitworth
FOR THE FIRM

Enclosures
cc:  Ms. Charlene Carr