UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CHARLENE K. CARR, <br> Plaintiff, | * <br> * <br> * |
| v. | *    CIVIL ACTION No. B-97-245 <br> * |
| ROBERT E. RUBIN, as SECRETARY <br> OF THE TREASURY FOR THE <br> UNITED STATES, & UNITED <br> STATES OF AMERICA <br> Defendants. | * <br> * <br> * <br> * <br> * |

## ORDER GRANTING DEFENDANTS' MOTION FOR INDEPENDENT PSYCHIATRIC EXAMINATION OF PLAINTIFF

Today this Court considered the Defendants' unopposed motion for an independent psychiatric examination of the Plaintiff. Having considered the motion, this Court is of the opinion that the motion should be GRANTED.

THEREFORE, IT IS ORDERED that Plaintiff, Charlene Carr, appear for a psychiatric examination with Dr. Mike Arambula, at 10:00 a.m., located at 14800 U.S. 281 North, Suite #110 in San Antonio, Texas 78232 on July 11, 2000. This appointment, if need be, can be rescheduled to another time, but only upon complete agreement of the parties evidenced in writing.

IT IS FURTHER ORDERED that should Plaintiff fail to make this appointment, upon appropriate motion, she may be required to show cause why she should not be found in contempt of this order.

SIGNED on this the 3RD day of AUGUST, 2000 in Brownsville, Texas.

JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE
Presiding Judge
**28 U.S.C. 636(c)**