44

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

## AUG 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHARLENE K. CARR,           *
    Plaintiff,              *
                    *
v.                          *       CIVIL ACTION No. B-97-245
                    *
ROBERT E. RUBIN, SECRETARY OF   *
THE DEPT. OF TREASURY FOR   *
THE UNITED STATES,          *
    Defendant.              *

## ORDER DISMISSING TEXAS LABOR CODE, FEDERAL FINANCIAL INSTITUTION WHISTLEBLOWER PROTECTION ACT, AND FEDERAL HOME LOAN ACT CLAIMS

Today, this Court considered the Defendant's Motion to Dismiss claims that were brought by the plaintiff pursuant to the Texas Labor Code, the Federal Financial Institution Whistleblower Protection Act and the Federal Home Loan Act. Having reviewed the pleadings and arguments of counsel, this Court finds that Plaintiff has not stated viable claims for relief and recovery under these provisions against defendant Robert E. Rubin, Secretary of the Department of Treasury. This Court further finds that it lacks subject matter jurisdiction over these claims as they relate to the Defendant herein.

THEREFORE, IT IS ORDERED that the Defendant's motion is GRANTED and all claims alleged by Plaintiff under the Texas Labor Code, the Federal Financial Institution Whistleblower Protection Act , and the Federal Home Loan Act are DISMISSED pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure.

Signed _3 A U G_____, 2000, in Brownsville, Texas.

HILDA G. TAGLE
United States District Judge
Southern District of Texas