UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHARLENE K. CARR, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-97-245 |
| | * | |
| ROBERT E. RUBIN, SECRETARY OF | * | |
| THE DEPT. OF TREASURY FOR | * | |
| THE UNITED STATES, | * | |
| Defendant. | * | |

## ORDER DISMISSING TITLE 42 U.S.C. 1981 & 1983 CLAIMS

Today, this Court considered the Defendant's Motion to Dismiss the Plaintiff's allegations raised pursuant to Title 42 U.S.C. Sections 1981 and 1983. Having reviewed the pleadings on file and considered the arguments of counsel, this Court finds that neither of these statutes authorizes suit against this Defendant or the United States. Accordingly, Defendant's assertions that this Court lacks subject matter jurisdiction and that Plaintiff has failed to state a viable claim for relief under these statute is correct.

THEREFORE, IT IS ORDERED that all claims brought by Plaintiff pursuant to Title 42 U.S.C. Sections 1981 & 1983 are dismissed, without prejudice, pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure.

Signed 3 AUG 2000, ~~1999~~, in Brownsville, Texas.

HILDA TAGLE
United States District Judge
Southern District of Texas