46

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

CHARLENE CARR                    §
                                 §
VS.                              §          CIVIL ACTION NO. B-97-245
                                 §
ROBERT E. RUBIN, ET AL.          §

TYPE OF CASE:        _X_ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**      **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                    DATE AND TIME:

                                          **SEPTEMBER 5, 2000 AT 2:00 P.M.**

                                          JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 3, 2000

TO:      MS. JANA SMITH WHITWORTH
         MS. NANCY MASSO
         MR. MAURO RUIZ
         MS. MICHELLE ZINGARO