47

United States District Court
Southern District of Texas
FILED

SEP 0 5 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-97-245          DATE & TIME:  09-05-00 AT 2:00 P.M.

CHARLENE CARR                       PLAINTIFF(S)   CHARLENE CARR
                                    COUNSEL        JANA SMITH WHITWORTH

VS.

ROBERT E. RUBIN, ET AL.             DEFENDANT(S)   NANCY MASSO
                                    COUNSEL        MICHELLLE ZINGARO

                                    ATTORNEY       MAURO RUIZ
                                    AD LITEM

-----------------------------------------------------------------------------

>Parties are in the process of negotiating a settlement. They working on attorney's fees.
>Another status conference will be held in a couple of weeks to check on status of settlement.