48

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

**SEP 0 8 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| CHARLENE CARR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-245 |
| | § | |
| ROBERT E. RUBIN, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL                                   ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:                                                                                       ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                   **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                                   DATE AND TIME:

**SEPTEMBER 25, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 6, 2000

TO:    MS. JANA SMITH WHITWORTH
       MS. NANCY MASSO
       MR. MAURO RUIZ
       MS. MICHELLE ZINGARO

*United States District Court*
*Southern District of Texas*
**ENTERED**
SEP 0 8 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| CHARLENE CARR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-245 |
| | § | |
| ROBERT E. RUBIN, ET AL. | § | |

TYPE OF CASE:    __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:                                                         ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                  DATE AND TIME:

**SEPTEMBER 25, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 6, 2000

TO:   MS. JANA SMITH WHITWORTH
      MS. NANCY MASSO
      MR. MAURO RUIZ
      MS. MICHELLE ZINGARO