49

# DENTON, MCKAMIE & NAVARRO

A Professional Corporation
**ATTORNEYS AND COUNSELORS**

| | | |
|---|---|---|
| Lowell F. Denton* | Bank Of America Building | LAREDO OFFICE |
| William M. McKamie* | 222 East Van Buren Suite 405 | 1102 Scott, Suite 4-B |
| Ricardo J. Navarro | Harlingen, Texas 78550 | Laredo, Texas 78040 |
| Susan C. Rocha | (956) 421-4904 | (956) 726-6018 |
| | Fax (956) 421-3621 | Fax (956) 723-1327 |
| Charles H. Sierra | dmnrgv@aol.com | |
| Patrick C. Bernal | | SAN ANTONIO OFFICE |
| Regina B. Criswell | | 310 So. St. Mary's Street |
| Deborah L. Leach | | Suite 1700 |
| Mauro F. Ruiz | | San Antonio, Texas 78205 |
| OF COUNSEL | | (210) 227-3243 |
| Olivero E. Canales | | Fax (210) 225-4481 |

\* Board Certified Civil Trial Law
- Texas Board of Legal Specialization

September 25, 2000

Mr. Juan Barbosa
Deputy in Charge
Federal Bldg.
600 E. Harrison
Brownsville, TX 78520

**VIA PDQ DELIVERY**

Re: <u>Charlene K. Carr vs Robert E. Rubin, et al</u>
    No. B-97-245 (S. D. Texas - Brownsville Div.)

Dear Mr. Barbosa:

Enclosed for filing is an original and one copy of the following document:

(1) Guardian Ad Litem Attorney's **SEALED ADVISORY** Memorandum and Motion To Withdraw.

Also enclosed is an additional copy which we would appreciate your file-stamping and returning to us. Thank you for your usual courtesies and assistance.

Very truly yours,

*Norma G. Delgado* (signature)
Norma G. Delgado
Legal Assistant to Ric Navarro

Encls.
r:\...\usclerk.001

Cy: Charlene Carr