

United States District Court
Southern District of Texas
FILED

SEP 2 5 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-97-245          DATE & TIME: 09-25-00 AT 2:00 P.M.

CHARLENE CARR                       PLAINTIFF(S)  CHARLENE CARR
                                    COUNSEL       JANA SMITH WHITWORTH

VS.

ROBERT E. RUBIN, ET AL.             DEFENDANT(S)  NANCY MASSO
                                    COUNSEL       MICHELLLE ZINGARO

                                    ATTORNEY      MAURO RUIZ
                                    AD LITEM

---

ERO: Linda Garcia
Deputy: Paula Tamayo

    Attorneys Jana Whitworth, Nancy Masso and Mauro Ruiz appeared for the status conference. Charlene Carr appeared telephonically.

    Attorney Mauro Ruiz filed a Motion to Withdraw.

    Ms. Carr refused settlement offered by the government.

    Defense are to file all motion by December 8, 2000.
Responses are due by January 26, 2001.

    Plaintiff's attorney, Jana Whitworth, will file a Motion to Withdraw as attorney for Ms. Carr.

    Plaintiff is to find an attorney to represent her, an attorney will not be appointed.