51

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CHARLENE K. CARR | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-97-245 |
| | § | |
| ROBERT E. RUBIN, SECRETARY OF | § | |
| TREASURY FOR THE UNITED STATES | § | |
| & UNITED STATES OF AMERICA | § | |
| DEFENDANTS | | |

## ORDER ON AD LITEM'S MOTION TO WITHDRAW

On this day came to be considered the Guardian Ad Litem's Motion to Withdraw As Counsel.  After consideration of the Motion, the Court finds that Motion has merit and should be GRANTED.

The Clerk of the Court is instructed to remove Mauro F. Ruiz as Ad Litem counsel for Ms. Charlene Carr in the above matter.

SIGNED and this 25TH day of SEPTEMBER 2000.

HON. JOHN WM. BLACK
U.S. MAGISTRATE JUDGE