UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 27 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CHARLENE K. CARR, | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. B-97-245 |
| ROBERT E. RUBIN, SECRETARY UNITED STATES DEPARTMENT OF TREASURY, ET AL. | § § § § | |
| Defendants. | § | |

## ORDER

On September 25, 2000, a Status Hearing was held in the above captioned lawsuit. Appearing at this hearing were Defendants' counsel Assistant U.S. Attorney, Nancy L. Masso, Plaintiff, Charlene K. Carr (via telephone), and Plaintiff's court appointed attorney Jana Smith Whitworth. *Guardian ad litem*, Mauro Ruiz, was excused from appearing at this hearing as a result of this Court granting his motion to withdraw as *guardian ad litem*.

At the hearing, court appointed counsel, Jana Smith Whitworth, advised the Court that she had negotiated a settlement with the Defendants on behalf of the Plaintiff. However, Ms. Whitworth advised, and Plaintiff confirmed, that the settlement that had been negotiated and recommended by Ms. Whitworth was not acceptable to the Plaintiff. Ms. Whitworth made a verbal motion to be excused from further service or representation of Ms. Carr in this lawsuit. No objections to this request were made and noting that court appointed counsel had performed her duties admirably and to the extent that Plaintiff would permit, the Court GRANTED Ms. Whitworth's request.

THEREFORE, IT IS ORDERED that Jana Smith Whitworth be excused and formally withdrawn as Plaintiff's court appointed counsel herein. Ms. Whitworth is directed to forward copies of all pleadings and evidentiary materials in her possession to which Ms. Carr is entitled to under law;

IT IS FURTHER ORDERED, that the Defendants file any motions related to this lawsuit no later than December 8, 2000;

IT IS FURTHER ORDERED that Plaintiff respond to said motion(s) no later than January 26, 2001;

IT IS FURTHER ORDERED that Plaintiff, Charlene K. Carr's verbal request for another court appointed attorney be DENIED;

FINALLY, IT IS ORDERED that Plaintiff advise this Court and Defendants' counsel of any change in address.

Signed this 26 day of September, 2000.

JOHN Wm. BLACK
United States Magistrate Judge
Presiding Judge, 28 U.S.C. 636(c)