UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 2 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHARLENE CARR<br>Plaintiff, | §<br>§<br>§ | |
| vs | § | CIVIL NO. B-97-245 |
| | § | |
| ROBERT E. RUBIN as SECRETARY<br>OF TREASURY OF THE UNITED<br>STATES OF AMERICA, et al<br>Defendants. | §<br>§<br>§<br>§ | |

### JANA SMITH WHITWORTH'S MOTION AND MEMORANDUM IN SUPPORT OF HER MOTION TO WITHDRAW AS COURT-APPOINTED ATTORNEY AND MOTION FOR PAYMENT OF EXPENSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **JANA SMITH WHITWORTH**, Court-Appointed attorney for the Plaintiff in the above-entitled matter, and pursuant to Southern District of Texas Local Rule 1(D), files this her Motion to Withdraw as Court-Appointed Attorney for the Plaintiff, and in support thereof would respectfully show the Court as follows:

A. Introduction

1. Plaintiff, Charlene Carr ("Ms. Carr"), sued Defendants, her former employer, for various violations related to her employment at the U.S. Customs Department.

2. The Court appointed the undersigned attorney, Jana Smith Whitworth ("Ms. Whitworth") to represent Ms. Carr in the prosecution of her employment claims.

B. Facts

3. Ms. Whitworth spent considerable time and resources representing Ms. Carr in this case.

4. At this time, irreconcilable difference exist which render Ms. Whitworth's representation of Ms. Carr impossible.

## C. Argument

### (i) Motion for Payment of Expenses

5. Ms. Whitworth and her firm have incurred substantial expenses in pursuing this matter. The original order appointing Ms. Whitworth provided that Ms. Whitworth's expenses would be paid. In May, 2000 Ms. Whitworth submitted a motion for payment of these expenses. In May, 2000, Ms. Whitworth also submitted two (2) packages for payment of expenses on forms provided by the District Clerk's Office. To date, Ms. Whitworth's proposed order granting payment has not been executed and entered and neither of the expense packages have been paid by the District Clerk. Besides these expenses, Ms. Whitworth has incurred additional expenses that need to be submitted to the District Clerk for payment. Accordingly, Ms. Whitworth respectfully requests that the Court enter the order for payment and permit the submission of the additional expenses, incurred during the time of her appointment, to the District Clerk for payment.

### (ii) Motion to Withdraw

6. There is good cause for this Court to grant Ms. Whitworth's motion to withdraw because a conflict between Ms. Carr and Ms. Whitworth has arisen that is irreconcilable and prevents Ms. Whitworth from effectively representing Ms. Carr.

7. Allowing Ms. Whitworth to withdraw will not delay the proceedings as the Defendants' attorney has submitted an unopposed scheduling order to the Court.

8. The client, Ms. Carr, does not oppose the withdrawal of Ms. Whitworth. More specifically, Ms. Whitworth made an oral motion to withdraw before the Court during the September 25, 2000 status conference which Ms. Carr attended telephonically. When the Court confirmed that Ms. Carr understood that Ms. Whitworth was requesting to withdraw, Ms. Carr did not oppose the motion.

9. Ms. Whitworth has delivered a copy of this motion to Ms. Carr via both regular and certified mail.

10. Ms. Carr's last known address and telephone number are: P.O. Box 105, Smyrna, Georgia 30081, (770) 805-8422.

11. A copy of all pleadings, correspondence and evidence generated by Ms. Whitworth have been forwarded to Ms. Carr.

### D. Conclusion

12. For these reasons, Ms. Whitworth respectfully requests the Court to grant her motion to withdraw. Further, Ms. Whitworth respectfully requests that the Court enter the order for payment and permit the submission of the additional expenses, incurred during the time of her appointment, to the District Clerk for payment.

Respectfully submitted,

Of Counsel:
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben Torres Sr. Blvd.
Brownsville, Texas 78526
(956) 541-9600
(956) 541-9695 fax

Jana Smith Whitworth
SBN: 00797453
FED No: 4483
Attorneys for Plaintiff

### CERTIFICATE OF CONFERENCE

The undersigned counsel has conferred with the opposing party about the merits of this motion, and she has no opposition.

JANA SMITH WHITWORTH

## CERTIFICATE OF SERVICE

I, Jana Smith Whitworth, hereby certify that on this 2nd day of October, 2000, a true and correct copy of the foregoing motion was sent by regular U.S. Postal Service to Defendant's attorney of record, Nancy L. Masso, Assistant U. S. Attorney, 600 E. Harrison, #201, Brownsville, Texas 78520 and by certified mail, return receipt requested to Ms. Charlene Carr, P.O. Box 105, Smyrna, Georgia 30081.

_____
Jana Smith Whitworth