54

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CHARLENE CARR § | |
| Plaintiff, § | |
| § | |
| vs § | CIVIL NO. B-97-245 |
| § | |
| ROBERT E. RUBIN as SECRETARY § | |
| OF TREASURY OF THE UNITED § | |
| STATES OF AMERICA, et al § | |
| Defendants. | |

### ORDER ON PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW AND FOR PAYMENT OF EXPENSES

ON 5 OCT, 2000, the Court considered Plaintiff's Attorney's Motion to Withdraw and Motion for Payment of Expenses. After considering the motion and the evidence filed in support of the motion and response, if any, the Court

GRANTS the motion to withdraw and releases Ms. Whitworth from its appointment as counsel for the Plaintiff; the Court further

GRANTS the motion and hereby orders the District Clerk to pay Ms. Whitworth's and her firm's expenses incurred for and during her representation of the Plaintiff.

SIGNED on OCT 5, 2000.

_____
JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:

_____
Jana Smith Whitworth