56

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

**DEC 1 3 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

CHARLENE CARR § 
§ 
VS. §    CIVIL ACTION NO. B-97-245
§ 
ROBERT E. RUBIN, ET AL. § 

TYPE OF CASE:     __X__ CIVIL        ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANTS' MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM**

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**     **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                 DATE AND TIME:

                                                        **JANUARY 31, 2001 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     DECEMBER 13, 2000

TO:       MS. CHARLENE K. CARR
           MS. NANCY MASSO
           MS. MICHELLE ZINGARO

ClibPDF - www.fastio.com