# RENTFRO, FAULK & BLAKEMORE, L.L.P.

## ATTORNEYS, COUNSELORS AND MEDIATORS

T. Mark Blakemore
*Also licensed in Florida*
*Civil Law Notary*

Daniel Rentfro, Jr.
*Member, Attorney-Mediators Institute*

William L. Rentfro

William A. Faulk, Jr.

Jana Smith Whitworth
Roman "Dino" Esparza
Tracy Berube

185 E. RUBEN M. TORRES, SR. BOULEVARD
(FM 802 AT MCALLEN ROAD)
BROWNSVILLE, TEXAS 78520-9136

Tel.: 956-541-9600
Fax: 956-541-9695
E-Mail: attorneys@rfbllp.com

Of Counsel
Daniel L. Rentfro
William A. Faulk, Sr.

Kenneth J. Harder
*Board Certified*
*Immigration & Nationality Law*
*Texas Board of Legal Specialization*

United States District Court
Southern District of Texas
RECEIVED
JAN - 8 2001
Michael N. Milby, Clerk

November 16, 2000

United States District Court
Southern District of Texas
RECEIVED

NOV 17 2000

Michael N. Milby, Clerk of Court

U. S. District Clerk's Office
Southern District of Texas
Attn: Mr. Butch Barbosa
500 E. 10th Street, Room 105
Brownsville, Texas 78520

RE:   Civil No. B-97-245; *Charlene Carr vs. Robert E. Rubin as Secretary of Treasury of the United States of American, et al*; In the United States District Court of the Southern District of Texas Brownsville Division.

Dear Mr. Barbosa:

Please find enclosed our third and final Request for Reimbursement of Expenses. For your convenience, we have also attached a copy of Judge Black's Order authorizing payment of my expenses incurred for during our representation of the Plaintiff, Charlene Carr.

Also for your convenience, I have included a copy of our May 22, 2000 reimbursement request for $1,124.43 and our May 22, 2000 request for $400.00.

Please review this information and arrange payment for these expenses at your earliest convenience.

If you have any questions, please feel free to call me. *Thanks!*

Very truly yours,

Jana Smith Whitworth
FOR THE FIRM

Enclosures
cc:   Judge William Black
      Nancy Masso

J:\Working\CARR.CHAR\district clerk letter 11-16-00.wpd

Case 1:97-cv-00245   Document 58   Filed in TXSD on 01/09/2001   Page 2 of 21

UNITED STATES DISTRICT COURT
ATTORNEY ADMISSIONS FUND
P.O. BOX 61010
HOUSTON, TX 77208

35-850/7/3130

1774

December 5, 2000

PAY
TO THE
ORDER OF          Rentfro, Faulk & Blakemore, L.L.P.

$ |**2,069.35***

Two thousand sixty-nine and 35/100------------------------------ DOLLARS

USECU
P.O. BOX 61172
HOUSTON, TX 77208

UNITED STATES DISTRICT COURT
PRIME ACCOUNT

Memo   Pro bono B-97-245 JWB

⑆001774⑆ ⑈313085071⑈ 000000 21780100⑈

CutePDF - www.fastio.com

58

# REQUEST FOR REIMBURSEMENT OF EXPENSES

Voucher No. 2000-7
Check No. 1774
Date Issued 12-15-00

Appointing Officer:

United States District Court
Southern District of Texas
FILED

JAN 0 9 2001

Michael N. Milby
Clerk of Court

Case No. B-97-245    Judge: John William Black

Style: Charlene Carr v. Robert E. Rubin, et al

Party Represented:   Charlene Carr

Judgement entered?   ( ) Yes   (x) No    If yes, date of judgement:

Date leave to whithdraw granted:

Attorney's Name:                        Make check payable to:

Jana Smith Whitworth                    ( ) Attorney
                                        (x) Firm
Firm Name

Rentfro, Faulk & Blakemore, L.L.P.

Street Address                          Suite Number

185 E. Ruben Torres Sr. Blvd.

| City | State | Zip | Business Phone |
|------|-------|-----|----------------|
| Brownsville | TX | 78520 | 956-541-9600 |

## ITEMIZED EXPENSES

Please refer to the regulations on the Reimbursement of Expenses
in Pro Bono Cases and Instructions on the reverse

(Please itemize each category of expense and attach to this form)

| | |
|---|---|
| Depositions and Transcripts | $ _____ |
| Investigative or Expert Services | $ _____ |
| Travel Expenses | $ _____ |
| Long Distance Telephone Calls, Telegrams | $ See attached itemization |
| Other (Please attach description) | $ See attached itemization |
| TOTAL CLAIMED | $ 2,069.35 |

### (MAXIMUM ALLOWABLE REIMBURSEMENT
$1,000 PER PARTY, $2,500 PER CASE)

I swear to the truth of these statements, and the necessity for the adequate preparation and presentation of the case, to the absence of other sources of reimbursement and, if any expenses are otherwise recovered, to return an equivalent amount to the District Court Fund.

Attorney's Signature                    Date 11/16/00

Judge's Signature    Date 2/Nov 2000    Amount Approved 2069.35

TXS - PRO BONO 1

Date 10/31/00                          **RENTFRO FAULK & BLAKEMORE LLP**                          Page 1
Time 11:10 am                              Summarize Slips by Activity

| Activity | Total time | % of tot | | Amount | % of tot |
|---|---|---|---|---|---|
| $Fax | | | Total | 54.00 | 2.61% |
| | | | Billable | 54.00 | 2.61% |
| | | | Unbillable | 0.00 | 0.00% |
| | | | Activity Rate | 54.00 | 2.61% |
| $FedEx | | | Total | 11.93 | 0.58% |
| | | | Billable | 11.93 | 0.58% |
| | | | Unbillable | 0.00 | 0.00% |
| | | | Activity Rate | 11.93 | 0.58% |
| $Long Distance | | | Total | 4.91 | 0.24% |
| | | | Billable | 4.91 | 0.24% |
| | | | Unbillable | 0.00 | 0.00% |
| | | | Activity Rate | 4.91 | 0.24% |
| $Photocopies | | | Total | 1546.50 | 74.73% |
| | | | Billable | 1546.50 | 74.73% |
| | | | Unbillable | 0.00 | 0.00% |
| | | | Activity Rate | 1546.50 | 74.73% |
| $Postage | | | Total | 52.01 | 2.51% |
| | | | Billable | 52.01 | 2.51% |
| | | | Unbillable | 0.00 | 0.00% |
| | | | Activity Rate | 52.01 | 2.51% |
| $Service Fee | | | Total | 400.00 | 19.33% |
| | | | Billable | 400.00 | 19.33% |
| | | | Unbillable | 0.00 | 0.00% |
| | | | Activity Rate | 400.00 | 19.33% |
| GRAND TOTAL | 0.00 | 0.00% | Total | 2069.35 | 100.00% |
| | | | Billable | 2069.35 | 100.00% |
| | | | Unbillable | 0.00 | 0.00% |
| | | | Timekeeper Rate | 0.00 | 0.00% |
| | | | Client Rate | 0.00 | 0.00% |
| % Billable | 0.00% | | Activity Rate | 2069.35 | 100.00% |

Case 1:97-cv-00245   Document 58   Filed in TXSD on 01/09/2001   Page 5 of 21

**RENTFRO FAULK & BLAKEMORE LLP**
Detail Slip Listing

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| | ...24297 | | | | |
| 04/03/00 - 04/07/00 | | RFB | | | |
| Copying cost | | CARR .CHARLENE | Qty | Amount | |
| | | $Photocopies | 190 | 0.25 | 47.50 |
| | ...24407 | | | | |
| 04/03/00 - 04/07/00 | | RFB | | | |
| Faxes | | CARR .CHARLENE | Qty | Amount | |
| | | $Fax | 4 | 2.00 | 8.00 |
| | ...24361 | | | | |
| 04/17/00 - 04/21/00 | | RFB | | | |
| Copying cost | | CARR .CHARLENE | Qty | Amount | |
| | | $Photocopies | 8 | 0.25 | 2.00 |
| | ...24482 | | | | |
| 04/17/00 - 04/21/00 | | RFB | | | |
| Faxes | | CARR .CHARLENE | Qty | Amount | |
| | | $Fax | 2 | 2.00 | 4.00 |
| | ...30694 | | | | |
| 04/25/00 | | RFB | | | |
| Telephone expenses for the month of April 00 | | CARR .CHARLENE | Qty | Amount | |
| | | $Long Distance | 1 | 0.94 | 0.94 |
| | ...24654 | | | | |
| 04/28/00 | | RFB | | | |
| Copying cost | | CARR .CHARLENE | Qty | Amount | |
| | | $Photocopies | 457 | 0.25 | 114.25 |
| | ...24764 | | | | |
| 04/28/00 | | RFB | | | |
| Fax | | CARR .CHARLENE | Qty | Amount | |
| | | $Fax | 9 | 2.00 | 18.00 |
| | ...24830 | | | | |
| 04/28/00 | | RFB | | | |
| Postage | | CARR .CHARLENE | Qty | Amount | |
| | | $Postage | 1 | 23.58 | 23.58 |
| | ...30695 | | | | 0.94 |
| 5/02/00 | | RFB | | | |
| Long Distance | | CARR.CHARLENE | Long Distance | | |

Date 10/31/00           **RENTFRO FAULK & BLAKEMORE LLP**
Time 11:09 am              Detail Slip Listing                 **Page 2**

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .............................................................3069 cont. | | | | | |
| ...........................................................25031<br>05/04/00<br>psychiatric evaluation and report from F<br>Irigoyen, M.D.P.A.; | | RFB<br>CARR .CHARLENE<br>$Service Fee | Qty<br>1 | Amount<br>400.00 | 400.00 |
| ......... ......... .. ............ .............. .. ..........25281<br>05/05/00<br>Copying cost | | RFB<br>CARR .CHARLENE<br>$Photocopies | Qty<br>15 | Amount<br>0.25 | 3.75 |
| ........... ... ............ .....................................25321<br>05/05/00<br>Fax | | RFB<br>CARR .CHARLENE<br>$Fax | Qty<br>9 | Amount<br>2.00 | 18.00 |
| ..... ... .. ......... ............................. .............26216<br>05/08/00<br>FedEx | | RFB<br>CARR .CHARLENE<br>$FedEx | Qty<br>1 | Amount<br>11.93 | 11.93 |
| .................................................26339<br>05/31/00<br>Copying cost | | RFB<br>CARR .CHARLENE<br>$Photocopies | Qty<br>113 | Amount<br>0.25 | 28.25 |
| .................................................. .....................26410<br>05/31/00<br>Fax | | RFB<br>CARR .CHARLENE<br>$Fax | Qty<br>3 | Amount<br>2.00 | 6.00 |
| .............................................................26759<br>05/31/00<br>Copying cost | | RFB<br>CARR .CHARLENE<br>$Photocopies | Qty<br>203 | Amount<br>0.25 | 50.75 |
| ....... . ........ .........................................26875<br>05/31/00<br>Postage | | RFB<br>CARR .CHARLENE<br>$Postage | Qty<br>1 | Amount<br>6.82 | 6.82 |

Date 10/31/00                    **RENTFRO FAULK & BLAKEMORE LLP**
Time 11:09 am                         Detail Slip Listing                              Page 3

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time | | Timekeeper | | | |
|---|---|---|---|---|---|
| Reference | | Client | Rate | | |
| Description | Slip# | Activity | Level | Time | Total |

........................ ...........................................32402
| 07/10/00 | | RFB | | | |
|---|---|---|---|---|---|
| Telephone expenses for the month of July 00 | | CARR .CHARLENE | Qty | Amount | |
| | | $Long Distance | 1 | 0.13 | 0.13 |

.................................................................29939
| 07/31/00 | | RFB | | | |
|---|---|---|---|---|---|
| Postage | | CARR .CHARLENE | Qty | Amount | |
| | | $Postage | 1 | 8.71 | 8.71 |

............................. ............ ...........................32497
| 08/31/00 | | RFB | | | |
|---|---|---|---|---|---|
| Postage | | CARR .CHARLENE | Qty | Amount | |
| | | $Postage | 1 | 3.86 | 3.86 |

............. ............... ........ .. ...........................34235
| 09/18/00 - 09/22/00 | | RFB | | | |
|---|---|---|---|---|---|
| Telephone expenses for the month of | | CARR .CHARLENE | Qty | Amount | |
| September 00 | | $Long Distance | 1 | 3.61 | 3.61 |

.......... ................ ...........................33462
| 09/29/00 | | RFB | | | |
|---|---|---|---|---|---|
| Postage | | CARR .CHARLENE | Qty | Amount | |
| | | $Postage | 1 | 4.96 | 4.96 |

...................... ........................... ..................35572
| 10/01/00 | | RFB | | | |
|---|---|---|---|---|---|
| Copywork fee | | CARR .CHARLENE | Qty | Amount | |
| | | $Photocopies | 1 | 1300.00 | 1300.00 |

...................... .........................................34902
| 10/31/00 | | RFB | | | |
|---|---|---|---|---|---|
| Postage | | CARR .CHARLENE | Qty | Amount | |
| | | $Postage | 1 | 4.08 | 4.08 |

| GRAND TOTAL | | | | | |
|---|---|---|---|---|---|
| | | Timekeeper | | 0.00s | 0.00 |
| | | Client | | | 0.00 |
| | | Activity | | | 2069.35 |
| | | Billable | | | 2069.35 |
| | | Unbillable | | | 0.00 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**OCT 0 5 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

CHARLENE CARR                          §
     Plaintiff,                    §
                    §
                    §
vs                                      §    CIVIL NO. B-97-245
                    §
ROBERT E. RUBIN as SECRETARY           §
OF TREASURY OF THE UNITED              §
STATES OF AMERICA, et al               §
     Defendants.                   §

**ORDER ON PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW AND**
**FOR PAYMENT OF EXPENSES**

     ON _5 OCT_ , 2000, the Court considered Plaintiff's Attorney's Motion to Withdraw and Motion for Payment of Expenses. After considering the motion and the evidence filed in support of the motion and response, if any, the Court

     GRANTS the motion to withdraw and releases Ms. Whitworth from its appointment as counsel for the Plaintiff; the Court further

     GRANTS the motion and hereby orders the District Clerk to pay Ms. Whitworth's and her firm's expenses incurred for and during her representation of the Plaintiff.

SIGNED on _OCT 5_ , 2000.

_____
JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:

_____
Jana Smith Whitworth

# RENTFRO, FAULK & BLAKEMORE, L.L.P.

### ATTORNEYS, COUNSELORS AND MEDIATORS

T. Mark Blakemore
*Also licensed in Florida*
*Civil Law Notary*

Daniel Rentfro, Jr.
*Member Attorney-Mediator Institute*

William L. Rentfro

William A. Faulk, Jr.

Jana Smith Whitworth
Roman "Dino" Esparza
Tracy Berube

185 E. RUBEN M. TORRES, SR. BOULEVARD
(FM 802 AT MCALLEN ROAD)
BROWNSVILLE, TEXAS 78520-9136

Tel.: 956-541-9600
Fax: 956-541-9695
E-Mail: attorneys@rfbllp.com

Of Counsel
Daniel L. Rentfro
William A. Faulk, Sr.

Kenneth J. Harder
*Board Certified*
*Immigration & Nationality Law*
*Texas Board of Legal Specialization*

May 22, 2000

U. S. District Clerk's Office
Southern District of Texas
Attn: Mr. Butch Barbosa
500 E. 10th Street, Room 105
Brownsville, Texas 78520

RE:     Civil No. B-97-245; *Charlene Carr vs. Robert E. Rubin as Secretary of Treasury of the United States of American, et al*; In the United States District Court of the Southern District of Texas Brownsville Division.

Dear Mr. Barbosa:

Enclosed please find the originals of two Requests for Reimbursement of Expenses in the above referenced matter, with invoices and/or detail slip listing documents for verification of these expenses. Also enclosed is a copy of the order appointing me as the attorney for Charlene K. Carr, Plaintiff.

If you should have any questions or comments, please advise.

Very truly yours,

Jana Smith Whitworth
FOR THE FIRM

Enclosures
cc:     Ms. Charlene Carr

# REQUEST FOR REIMBURSEMENT OF EXPENSES

Voucher No. _____

Check No. _____

Date Issued _____

Case No.   B-97-245          Judge: John William Black

Appointing Officer:

Style:   Charlene Carr v. Robert E. Rubin, et al

Party Represented:   Charlene Carr

Judgement entered?      ( )  Yes      (X)  No          If yes, date of judgement:

Date leave to whithdraw granted:

Attorney's Name:                                Make check payable to:

Jana Smith Whitworth                            ( )  Attorney

Firm Name                                       ( X)  Firm

Rentfro, Faulk & Blakemore, L.L.P.

| Street Address | | | Suite Number |
| 185 E. Ruben Torres Sr. Blvd. | | | 956-541-9600 |
| City | State | Zip | Business Phone |
| Brownsville | TX | 78 520 | |

## ITEMIZED EXPENSES

Please refer to the regulations on the Reimbursement of Expenses
in Pro Bono Cases and Instructions on the reverse

(Please itemize each category of expense and attach to this form)

Depositions and Transcripts ...................................................... $ _____

Investigative or Expert Services ............................................... $ _____

Travel Expenses ..................................................................... $ _____

Long Distance Telephone Calls, Telegrams ............................... $ see attached itemi:

Other (Please attach description) ............................................. $ see attached itemi:

TOTAL CLAIMED ................................................................... $   1,124.43

### (MAXIMUM ALLOWABLE REIMBURSEMENT
$1,000 PER PARTY, $2,500 PER CASE)

I swear to the truth of these statements, and the necessity for the adequate preparation and presentation of the case, to the absence of other sources of reimbursement and, if any expense: are otherwise recovered, to return an equivalent amount to the District Court Fund.

_____          May 22, 2000
Attorney's Signature                Date

_____     _____     _____
District Judge's Signature        Date              Amount Approved

TXS - PRO BONO 1

# RENTFRO, FAULK & BLAKEMORE, L.L.P.
### ATTORNEYS, COUNSELORS AND MEDIATORS

T. Mark Blakemore
*Also licensed in Florida*
Daniel Rentfro, Jr.
*Member, Attorney-Mediators Institute*
William L. Rentfro
William A. Faulk, Jr.

Jana Smith Whitworth
Roman "Dino" Esparza
Tracy Berube

185 E. Ruben M. Torres, Sr. Boulevard
(FM 802 at McAllen Road)
BROWNSVILLE, TEXAS 78520-9136

Tel.: 956-541-9600
Fax: 956-541-9695
E-Mail: attorneys@rfbllp.com

Texas Board

April 7, 2000

U. S. District Clerk's Office
Southern District of Texas
Attn: Mr. Butch Barbosa
500 E. 10th Street, Room 105
Brownsville, Texas 78520

RE:     Civil No. B-97-245; Charlene Carr vs. Robert E. Rubin as Secretary of Treasury of
        United States of American, et al; In the United States District Court of the Souther
        District of Texas Brownsville Division.

Dear Mr. Barbosa:

  Judge Black appointed me to represent the Plaintiff, Charlene Carr, in the above ref
matter.  The Order appointing me specifies that I am to be reimbursed for my expenses.
enclosed a copy of that Order for your convenience.

  Please find enclosed a detailed slip listing the expenses I have incurred on this mat
February 26, 1999 through April 5, 2000.  These expenses total $1,124.43.

  Accordingly, please make arrangements to forward payment for these expenses.  Plea
the check payable to my firm, Rentfro, Faulk & Blakemore, L.L.P.  The payment may be for
to the address printed on the letterhead of this letter.

  Please contact me if you require any additional documentation or information to f
payment of these expenses.  Your assistance in this matter is greatly appreciated.

    Very truly yours,

    Jana Smith Whitworth
    FOR THE FIRM

Enclosures
cc:     Ms. Charlene Carr
J:\Working\CARR.CHAR\distclk.letter4-07-00.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CHARLENE K. CARR                    *
                                    *
VS                                  *        C.A. B-97-245
                                    *
ROBERT E. RUBIN, Secretary          *        United States District Court
of the Treasury of the United       *        Southern District of Texas
States, et al                       *        FILED  Entered
                                    *        APR 22 1999

                                             Michael N. Milby, Clerk of Court
                ORDER                        By: _____

        Plaintiff Charlene K. Carr filed a motion to proceed in forma
pauperis and a motion for appointment of counsel in the United States
District Court for the Western District of Texas, San Antonio
Division on April 21, 1997.  Plaintiff's motion for appointment of
counsel and motion to proceed in forma pauperis were granted by
United States Magistrate Judge John W. Primomo on April 28, 1997.
The court appointed attorney Jose J. Fernandez to represent Ms. Carr
in all pretrial and trial proceedings for this case.  Plaintiff's
Original Complaint was filed by the clerk on <u>May 20, 1997.</u>
Plaintiff's First Amended Complaint was then filed on August 4, 1997.
Defendants' answer was filed on October 6, 1997.

        Case was transferred to the Southern District of Texas,
Brownsville Division on October 9, 1997.  Several pretrial hearings
were held before U.S. Magistrate Judge Fidencio G. Garza.  The
parties were ordered to mediate this case before James DeAnda.
Attorney Jose J. Fernandez informed Judge Fidencio G. Garza that he
was considering filing a motion to withdraw from this case.  Attorney
Jose J. Fernandez did not appear before this Court on December 17,
1998.  Plaintiff filed a motion for reappointment of counsel on
October 18, 1998.  Attorney Jana Whitworth from Rentfro, Faulk &

Blakemore was appointed on February 20, 1999 to represent Ms
Charlene K. Carr in this case.   Attorney Jana Whitworth will b:
reinbursed for all expenses incurred in representing Ms. Carr.

   Done at Brownsville, Texas on April 20, 1999.

                                    _____
                                            John Wm. Black
                                    United States Magistrate Judge

Case 1:97-cv-00245   Document 58   Filed in TXSD on 01/09/2001   Page 14 of 21

Date 04/05/00                    RENTFRO FAULK & BLAKEMORE LLP
Time 2:50 pm                        Detail Slip Listing

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time |
|---|---|---|---|---|

```
........................................2641
02/26/99                         LRH
Postage                          CARR  .CHARLENE        Qty        Amount
                                 $Postage                1          2.98



........................2725
02/26/99                         RFB
Copying cost                     CARR  .CHARLENE        Qty        Amount
                                 $Photocopies           10         0.25



........................2819
02/26/99                         RFB
Copying cost                     CARR  .CHARLENE        Qty        Amount              2
                                 $Photocopies           100        0.25



........................4452
03/31/99                         RFB
Postage                          CARR  .CHARLENE        Qty        Amount              1
                                 $Postage                1          10.26



........................4594
03/31/99                         RFB
Copying cost                     CARR  .CHARLENE        Qty        Amount              1
                                 $Photocopies           44         0.25



........................4697
03/31/99                         RFB
Fax                              CARR  .CHARLENE        Qty        Amount
                                 $Fax                    1          2.00



........................7177
05/31/99                         RFB
Postage                          CARR  .CHARLENE        Qty        Amount
                                 $Postage                1          3.63



........................7283
05/31/99                         RFB
Copying cost                     CARR  .CHARLENE        Qty        Amount              1
                                 $Photocopies           69         0.25
```

Case 1:97-cv-00245   Document 58   Filed in TXSD on 01/09/2001   Page 15 of 21

**RENTFRO FAULK & BLAKEMORE LLP**
Detail Slip Listing

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | T |
|---|---|---|---|---|---|
| ................................7653 | | | | | |
| 05/13/99 Long distance charges | | RFB CARR .CHARLENE $Long Distance | Qty 1 | Amount 0.24 | 0. |
| ................................7703 | | | | | |
| 06/08/99 Delivery Cost | | RFB CARR .CHARLENE $Delivery | Qty 1 | Amount 126.90 | 126.9 |
| ................................8192 | | | | | |
| 06/09/99 Long distance charges | | RFB CARR .CHARLENE $Long Distance | Qty 1 | Amount 1.09 | 1.0 |
| ................................8226 | | | | | |
| 06/15/99 Copying cost - civil court file | | RFB CARR .CHARLENE $Photocopies | Qty 1 | Amount 48.00 | 48.0 |
| ................................8227 | | | | | |
| 06/15/99 Copying cost - Quadra Med Corporation; medical records | | RFB CARR .CHARLENE $Photocopies | Qty 1 | Amount 48.24 | 48. |
| ................................8234 | | | | | |
| 06/17/99 Copying cost - F Irigoyen MDPA; medical records | | RFB CARR .CHARLENE $Photocopies | Qty 1 | Amount 30.00 | 30. |
| ................................8235 | | | | | |
| 06/17/99 Copying cost - Jose E Salinas MD; medical records | | RFB CARR .CHARLENE $Photocopies | Qty 1 | Amount 25.00 | 25. |
| ................................8236 | | | | | |
| 06/17/99 Copying cost - Mirta Zorrilla MD; medical records | | RFB CARR .CHARLENE $Photocopies | Qty 1 | Amount 100.00 | 100. |

Case 1:97-cv-00245   Document 58   Filed in TXSD on 01/09/2001   Page 16 of 21

**Date** 04/05/00         **RENTFRO FAULK & BLAKEMORE LLP**
**Time** 2:50 pm         Detail Slip Listing    (

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time |
|---|---|---|---|---|
| ........................8237 | | | | |
| 06/22/99 Copying cost - Jose E Salinas MD; medical records | | RFB CARR  .CHARLENE $Photocopies | Qty 1 | Amount 25.00 |
| ........................8244 | | | | |
| 06/28/99 Copying cost - Jacques G. Baillargeon, MD | | RFB CARR  .CHARLENE $Photocopies | Qty 1 | Amount 30.00 |
| ........................8442 | | | | |
| 06/30/99 Postage | | RFB CARR  .CHARLENE $Postage | Qty 1 | Amount 2.86 |
| ........................8641 | | | | |
| 06/30/99 Copying cost | | RFB CARR  .CHARLENE $Photocopies | Qty 26 | Amount 0.25 |
| ........................10016 | | | | |
| 07/31/99 Copying cost | | RFB CARR  .CHARLENE $Photocopies | Qty 18 | Amount 0.25 |
| ........................10119 | | | | |
| 07/31/99 Fax | | RFB CARR  .CHARLENE $Fax | Qty 11 | Amount 2.00 |
| ........................10219 | | | | |
| 07/31/99 Postage | | RFB CARR  .CHARLENE $Postage | Qty 1 | Amount 0.88 |
| ........................10274 | | | | |
| 07/13/99 Long distance charges | | RFB CARR  .CHARLENE $Long Distance | Qty 1 | Amount 2.27 |

Case 1:97-cv-00245   Document 58   Filed in TXSD on 01/09/2001   Page 17 of 21

**RENTFRO FAULK & BLAKEMORE LLP**
Detail Slip Listing

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time |
|---|---|---|---|---|
| | ......................11927 | RFB | | |
| 08/31/99 Copying cost | | CARR  .CHARLENE $Photocopies | Qty 168 | Amount 0.25 |
| | ......................12014 | RFB | | |
| 08/31/99 Postage | | CARR  .CHARLENE $Postage | Qty 1 | Amount 20.62 |
| | ......................12057 | RFB | | |
| 08/31/99 Copying cost | | CARR  .CHARLENE $Photocopies | Qty 243 | Amount 0.25 |
| | ......................12203 | RFB | | |
| 08/10/99 Long distance charges | | CARR  .CHARLENE $Long Distance | Qty 1 | Amount 1.55 |
| | ......................12436 | RFB | | |
| 09/08/99 Long distance charges | | CARR  .CHARLENE $Long Distance | Qty 1 | Amount 0.67 |
| | ......................12862 | RFB | | |
| 09/30/99 Fax | | CARR  .CHARLENE $Fax | Qty 6 | Amount 2.00 |
| | ......................12966 | RFB | | |
| 09/30/99 Copying cost | | CARR  .CHARLENE $Photocopies | Qty 25 | Amount 0.25 |
| | ......................13087 | RFB | | |
| 09/30/99 Postage | | CARR  .CHARLENE $Postage | Qty 1 | Amount 0.66 |

Case 1:97-cv-00245   Document 58   Filed in TXSD on 01/09/2001   Page 18 of 21

**RENTFRO FAULK & BLAKEMORE LLP**
**Detail Slip Listing**

**For time: s=spent  u=unbillable  e=estimated  v=variance**

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | T |
|---|---|---|---|---|---|
| ..........................14321 | | | | | |
| 10/18/99 - 10/22/99 Fax | | RFB CARR  .CHARLENE $Fax | Qty 6 | Amount 2.00 | 12 |
| ..........................18169 | | | | | |
| 01/10/00 - 01/14/00 Copying Cost | | RFB CARR  .CHARLENE $Photocopies | Qty 8 | Amount 0.25 | 2 |
| ..........................18207 | | | | | |
| 01/10/00 - 01/14/00 Fax | | RFB CARR  .CHARLENE $Fax | Qty 2 | Amount 2.00 | 4 |
| ..........................18432 | | | | | |
| 01/17/00 - 01/21/00 Fax | | RFB CARR  .CHARLENE $Fax | Qty 7 | Amount 2.00 | 14 |
| ..........................18842 | | | | | |
| 01/24/00 - 01/31/00 Copying cost | | RFB CARR  .CHARLENE $Photocopies | Qty 4 | Amount 0.25 | 1 |
| ..........................18935 | | | | | |
| 01/31/00 Copying Cost | | RFB CARR  .CHARLENE $Photocopies | Qty 223 | Amount 0.25 | 55 |
| ..........................19000 | | | | | |
| 01/31/00 Postage | | RFB CARR  .CHARLENE $Postage | Qty 1 | Amount 7.61 | 7 |
| ..........................19368 | | | | | |
| 02/01/00 - 02/04/00 Fax | | RFB CARR  .CHARLENE $Fax | Qty 2 | Amount 2.00 | 4 |

Ct4PDF - www.fnwio.com

Case 1:97-cv-00245   Document 58   Filed in TXSD on 01/09/2001   Page 19 of 21

**RENTFRO FAULK & BLAKEMORE LLP**
**Detail Slip Listing**

**For time: s=spent   u=unbi..able   e=estimated   v=variance**

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | To |
|---|---|---|---|---|---|
| ...........................19389 02/01/00 - 02/04/00 Copying Fee | | RFB CARR .CHARLENE $Photocopies | Qty 22 | Amount 0.25 | 5. |
| ...........................20830 02/21/00 - 02/29/00 Copying cost | | RFB CARR .CHARLENE $Photocopies | Qty 94 | Amount 0.25 | 23. |
| ...........................20903 02/29/00 Copying cost | | RFB CARR .CHARLENE $Photocopies | Qty 270 | Amount 0.25 | 67. |
| ...........................20980 02/29/00 Postage | | RFB CARR .CHARLENE $Postage | Qty 1 | Amount 10.47 | 10. |
| ...........................22866 03/01/00 - 03/31/00 Copying cost | | RFB CARR .CHARLENE $Photocopies | Qty 2 | Amount 0.25 | 0 |
| ...........................23031 03/01/00 - 03/31/00 Fax | | RFB CARR .CHARLENE $Fax | Qty 12 | Amount 2.00 | 24 |
| ...........................23120 04/05/00 telephone conference with F Irigoyen M.D.; | | RFB CARR .CHARLENE $Service Fee | Qty 1 | Amount 200.00 | 200 |

| GRAND TOTAL | | | | | |
|---|---|---|---|---|---|
| | Timekeeper | | | 0.00s | 0 |
| | Client | | | | 0 |
| | Activity | | | | 1124 |
| | Billable | | | | 1124 |
| | Unbillable | | | | 0 |

# REQUEST FOR REIMBURSEMENT OF EXPENSES

Voucher No. _____

Check No. _____

Date Issued _____

Case No. B-97-245          Judge: John William Black

Appointing Officer: _____

Style:   Charlene Carr v. Robert E. Rubin, et al

Party Represented:   Charlene Carr

Judgement entered?     ( )  Yes    ( X )  No          If yes, date of judgement:

Date leave to whithdraw granted:

Attorney's Name:                                    Make check payable to:

Jana Smith Whitworth                               ( )  Attorney

Firm Name                                         ╳  Firm

Rentfro, Faulk & Blakemore, L.L.P.

Street Address                                    Suite Number
185 E. Ruben Torres Sr. Blvd.                     956-541-9600

| City | State | Zip | Business Phone |
|------|-------|-----|----------------|
| Brownsville | TX | 78520 | |

## ITEMIZED EXPENSES

Please refer to the regulations on the Reimbursement of Expenses
in Pro Bono Cases and Instructions on the reverse

(Please itemize each category of expense and attach to this form)

Depositions and Transcripts ..................................................... $ _____

Investigative or Expert Services ............................................... $ _____

Travel Expenses ................................................................ $ _____

Long Distance Telephone Calls, Telegrams ...................................... $ _____

Other (Please attach description) .............. see attached invoice ......... $    400.00

TOTAL CLAIMED .................................................................. $    400.00

### (MAXIMUM ALLOWABLE REIMBURSEMENT
### $1,000 PER PARTY, $2,500 PER CASE)

I swear to the truth of these statements, and the necessity for the adequate preparation and presentation of the case, to the absence of other sources of reimbursement and, if any expenses are otherwise recovered, to return an equivalent amount to the District Court Fund.

_____          May 22, 2000
Attorney's Signature                      Date

_____   _____   _____
District Judge's Signature          Date              Amount Approved

TXS - PRO BONO 1



**F. IRIGOYEN, M.D., P.A.**
Psychiatrist

**STATE~~**

May 3, 2000

Rentfro, Faulk & Blakemore, L.L.P.
Attn: Estelle
Fax: 956-541-9695

| Date | Place Of Service | Procedure Code | Service | Amount | Bal |
|------|------|------|---------|--------|-----|
| | | | RE:  Patient: Charlene Carr<br>D.O.B. : 07-11-1963<br><br>Psychiatric Evaluation w/Report<br>Appointment scheduled for: May 10, 2000 @ 1:00 p.m.<br>With Fructuoso Irigoyen, M.D.<br><br>(Please remit payment prior to appointment date,<br>Thank you.) | 400.00 | |

1400 S. 4th Street, Third Floor, Suite # 301    P.O. Box 1548    McAllen, Texas 78505-1548    (512) 631-0344
General & Psychiatry / Addictive Diseases / Stress Centers / Management of Chronic Pain / Hypnotherapy