59

```
                              CERTIFIED RETRUN RECEIPT
                              7099322000036470
DATE: NOVEMBER 29, 2000
TO:   JACQUES BAILLARGEON, M.D.
      6245 FREDERICKSBURG RD              JAN 23 2001
      SAN ANTO NIO, TEXAS 78229
                                          Michael N. Milby, Clerk

FROM: CHARLENE CARR                       CASE-B-97-245
      P.O. BOX XXX 500199
      SAN ANTONIO, TEXAS 78280

RE:   SOCIAL SECURITY MEDICAL REPORT/EXAM DETERMINATION
```

DR. BAILLARGEON:

AS PER THE LAST OFFICE VISIT/APPOINTMENT NOVEMBER 22, 2000, WE DISCUSSED SOCIAL SECURITY MEDICEL EXAM CONDUCT$ED THIS YEAR DETERMINING CONTINUED BENEFITS FOR DEPRESSION/POST TRAMACTIC DISORDER AS THE RESULT OF AN ON-THE-JOB ASSUALT SEPTEMBER 16, 1993 AND SUBSEQUENT ASSAULTS ON THE JOB AND A REOCCURRENCE/REINJURY OCTOBER 1995 BY US CUSTOMS EMPLOYEE DOMINGO TAMEZ. *received workers comp benefits.*
DR. ARAMBULA CONDUCTED A MEDICEL EXAM IN JULY 2000 WITHOUT COMPLETE MEDICEL RECORDS WHICH INCLUDE THE SOCIAL SECURITY EXAM/RECORDS CONDUCTED BY MEDICAL DOCTOR BERRY THIS YEAR. THE RECORDS FROM *OWCP-Worker* *Comp &* SOCIAL SECURTIY ADMINISTRATION WHERE NOT FORWARDED TO THE COURTS NOR DR. ARAMBULA TO CONDUCT A PROPER MEDICAL EXAM.
THANK YOU FOR FORWARDING THE COPY TO THE COURTS. The FOLLOWING IS THE CORRECT ADDRESS. ENCLOSED IS A PREPAID POSTAGE LETTER ENVELOP PRE-ADDRESSED TO THE COURTS CERTIFIED RETURN RECEIPT. PLEASE FORWARD THE SOCIAL SECURITY RECORDS AS I WAS INFORMED THAT THE RECORDS WOULD BE FORWARDED. THE ADDRESS: *Clerk of the Courts: ATTN* UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, UNITED *101* STATES COURTHOUSE, HONORABLE JOHN BLACK, 600 E. HARRISON STREET, BROWNSVILLE, TEXAS 78520. ENCLOSED IS AN EXTRA COPY OF THIS LETTER TO FORWARD TO THE COURTS ALNONG WITH THE RECORDS. I DO NOT HAVE AN ATTORNEY TO HELP ME, PLEASE HELP ME WITH YOUR ASSISTANCE AND FORWARDING THE RECORDS AS SOON AS POSSIBLE. THANK YOU. SINCERELY, PLEASE FORWARD THE RECORDS VIA CERTIFIED RETURN RECEIPT, FORMS COMPLETED ALREADY AND POSTAGE PREPAID. THANK YOU AND HAVE A BLESSED DAY.

CHARLENE CARR  *C.C.*
LEETER TYPED FOR C.CARR

MAY NOT BE RE-DISCLOSED WITHOUT SPECIFIC CONSENT OF THE PATIENT.

1/15/98 Charlene Carr — B/F Rose Wilbur

About the same — distant [illegible]
appears [illegible] but [illegible] to
was at [illegible] office around me — he was a security
guard ( — [illegible] people)

Sleep — ok
Appetite — OK
Crying + sad — one
Suicide — NO
Libido — NIC
Concent — low
Energy — low
Exercise =
    to walk + water
    more + water

I live ē my wife
I'm on [illegible]

some [illegible]

↑ Zo + [illegible] + family

Zyprexa

1/9/98 My head feels funny — [illegible] it hard to verbalize
I can't sleep [illegible] — I had the flu    I live ē my wife
                                              she say I'm crazy
Sleep — OK
Appetite — OK
Crying + sad — one              ↑ Zyprexa to cover HS
Suicide — NO
Libido — NIC
Concent — OK
Energy — fair
Exercise — walk — 3x

9/28/98  Dr. [illegible] — [illegible]
  My sister says I yell at her

Sleep — ok
Appetite — OK
Crying spell — occ
Suicide — NO
Libido — NIL
Consent — poor
Energy — low
Exercise — walk

poor [illegible] ↑
IMPOUR ALSHAMENX

PLEASE BE AWARE THAT THIS INFORMATION MAY NOT BE RE-DISCLOSED WITHOUT SPECIFIC CONSENT OF THE PATIENT.

TRY RISPERDAL

my sister & [illegible] from church
they dropped me off

Probably
SCHIZOPHRENIA or SCHIZOAFFECTIVE

Rx) Risperdal

9/29/98  Not much change — not sure [illegible] for a while
[illegible]
Sleep — OK
Appetite — OK
Crying spells — occ
Suicide — NO
Libido — NIL
Consent — better
Energy — low
Exercise — walk + ladies from church
Social — church

10/31/97  B/P
Charlene Carr
34
[illegible] — [illegible]

Hosp — as a child
  ortho —
  Hernia repair

Abrd — Eve Kris — [illegible]
  → [illegible] → [illegible]
  [illegible]

Educ — H.S.
  college — BA UT Brownsville

O[cc] — none
  — I live by myself — [illegible] — treated
    [illegible] + PTSD
  I was a customs agent — 8 yrs — last
    worked 1995
  I tried — [illegible] — I got fired

Fam Hx Mom is 55 LTCE — works also travel GA
  [illegible]
  Dad is 55 LTCE — works [illegible] — they [illegible]
  Bros — 0
  [illegible] — I [illegible] LTCE [illegible]

Stressors
1 — Job — customs — they were [illegible] me + humiliating me all [illegible]
2 — Talking about [illegible] have you done [illegible]
3 — [illegible]
4 — being tired
5 — how do I get back to work
6 — People coming over to my house — other agents

7 - could do artist - was to do

PLEASE BE AWARE THAT THIS INFORMATION MAY NOT BE RE-DISCLOSED WITHOUT SPECIFIC CONSENT OF THE PATIENT.

Rx Q

I work -
no T.V.
go to church
I out here by her

an expector at
word attacked me
he got superceded by
3 days
awaiting agent united
me for every

Rx 1) PTSD
    2) r/o major depression
       r/o schizophrenia
Rx 1) psych notes
    2) admit to day hosp - Dr. Robins

Process family

1/13/97  This patient event to Charties 1 day + refused to go  Govt
         she was very verbal on the phone but very quiet almost non
         verbal in office ( how to conciliate find
         my sister came over + also my
         → I live w my sister - neighbor drove me over today

Sleep — OK
appetite — OK
enjoy food — NO
suicide — NO
libido — OK
concent — poor
energy — low
         Zyprexa 5 mg HS
         I will + friend from church

11/17/98 Charline Carety —

[illegible notes]

Sleep — OK
Appetite — OK
Crying + sad — rare
[illegible] — no
[illegible] — p/c
Concent — poor
Energy — low
Exercise — I walk

RISPERDAL

[illegible notes re: church]

↑ Risperdal —
to 1 + 1½ HS.

SOCIAL PHOBIA

[illegible]

2/11/99  I feel sad all the time — [illegible]
[illegible prose about people, feelings]

Sleep — OK
Appetite — good
Crying + sad — rare
[illegible] — NO
[illegible] — N/E
Concent — poor
Energy — low
Exercise — I walk — to body from church

Risperdal 1 mg AM +
1½ HS

Dr [illegible] reschedule

# PSYCHIATRY PROGRESS / MEDICATION MANAGEMENT NOTES

ME: Charles [illegible]

8/25/00

I went to Church & there [illegible] on my stomach & [illegible] I've been [illegible]

[illegible] – OK
[illegible] – OK
[illegible] – occ
[illegible] – No
[illegible] – good
Energy – better

Exercise – NADA

More Verbal today

[illegible] I [illegible] THS

NEXT APPT. 3 mos

Jacques G. Baillargeon, M.D.

[illegible] attorney came & asked me questions & I couldn't do the whole thing they want to cover up the sexual assault

#

Date: 11/27/00

Sleep – OK
[illegible] – OK
[illegible] – occ
[illegible] – NO
[illegible] – fair
Energy – good
Exercise – NADA

I wrote some [illegible] by [illegible]

THS – I go to a [illegible] home [illegible] my [illegible]

continue to be verbal

ADL – I [illegible] read the bible

NEXT APPT.

Jacques G. Baillargeon, M.D.

#

Date:

PLEASE BE AWARE THAT THIS INFORMATION MAY NOT BE RE-DISCLOSED WITHOUT SPECIFIC CONSENT OF THE PATIENT.

NEXT APPT.

Jacques G. Baillargeon, M.D.

ClibPDF - www.fastio.com

# PSYCHIATRY PROGRESS / MEDICATION MANAGEMENT NOTES

_____
Jacques G. Baillargeon, M.D.

_____
Jacques G. Baillargeon, M.D.

_____
Jacques G. Baillargeon, M.D.

PROGRESS NOTES

Date: 5/17/99 — I still love to write — Church were brought me very quiet & pain today. I still see doves others

1 — sleep OK
2 — appetite OK
3 — [illegible]

PLEASE BE AWARE THAT THIS INFORMATION MAY NOT BE RE-DISCLOSED WITHOUT SPECIFIC CONSENT OF THE PATIENT.

↑ Risperdal ↑ AM & ↑ PM
Benadryl 25 mg [illegible]
Decompensating slightly — well ↑ Risperdal

Jacques G. Baillargeon, M.D.

Date: 7/26/99 — I still love to write —
that medicine is too much
sleep OK
appetite OK
cry & sad NO
[illegible] NO
labs — NL
orient — good
energy — low
express — "I hurt my foot"

11/4/99 sleep — OK    Risperdal 1 mg AM & III PM
appetite — good
cry & sad — no
[illegible] — no
labs — NL
[illegible] — OK
energy — OK
exercise — I walk — lonely, [illegible] church
SOCIAL — church

Jacques G. Baillargeon, M.D.

## PROGRESS NOTES

Charles Cox

Date: 2/15/00

I sleep a lot
I get chubby —

I come by self on bus — chubby

- Sleep – OK
- Appetite – OK
- Crying + Rage – one
- Suicide – No
- Concent = OK
- Energy – OK
- Exertion – I go for walk
- PVN –

SCHIZO-AFFECTIVE DIS

NO SCHIZOPHRENIA

R Risperdal 6

↑ AM + ↓ HS

Jacques G. Baillargeon, M.D.

Date: 5/23/00 –

another Dr put me on Wellbutrin

Previous Psychiatrist

1) Wellbutrin SR 150 Qam
2) Risperdal 2mg ↓ ½ AM + ½ HS

Jacques G. Baillargeon, M.D.