VIA FEDERAL EXPRESS
826882524439

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

DATE: JANURARY 29, 2001

TO: CLERK OF THE COURTS
600 E. HARRISON RM #101
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
RECEIVED  Filed
JAN 3 0 2001
Michael N. Milby, Clerk

CASE:                                    CIVIL ACTION NO: B-97-245

CHARLENE CARR
     VS
ROBERT E. RUBIN, ET AL

RE: REQUEST FOR TELECONFERENCE DUE TO PLAINTIFF"S INABLLITY TO
    TRAVEL DUE TO MENTAL DISABILITY AND A RESPONSE TO DEFENDANTS
    MOTION TO DISMISS. ENCLOSED REBUTTAL SENT FORTH VIA FEDERAL/EXP.

DEAR HONORABLE JUDGE BLACK/CLERK OF THE COURTS:

I, CHARLENE CARR, REQUEST A TELECONFERENCE AS DONE PREVIOUSLY FOR
XN PLAINTIFF DUE TO PLAINTIFFS MENTAL DISABILITY AND INABILITY TO
TRAVEL DUE TO PLAINTIFFS MENTAL CONDITION. IT IS A SEVERE HARDSHIP
TO TRAVEL DUE TO PLAINTIFFS MENTAL CONDITION. MAY I BE GRANTED
PERMISSION TO CALL IN AT THE PRESCRIBED TIME OF 2:00 P.M. CT TO
PARTICIPATE FOR I HAVE NO ATTORNEY TO REPRESENT ME IN ANY COURT.
RECEIPT OF THE DEFENDANTS MOTION TO DISMISS WAS RECEIVED JANUARY
25, 2001 AS DELIVERED BY THE POSTAL SERVICE. PLEASE ACCEPT THE
MOTION ENCLOSED IN SUPPORT OF PLAINTIFF TO REBUKT REBUT THE
BEFENDANTS MOTION TO DISMISS. I THANK YOU FOR ANY ASSISTANCE
IN ACCEPTING THE PREPARED REBUTTAL TO THE DEFENDANTS MOTION TO DISMIS
MY HOME TELEPHONE NUMBER IS 770-805-8422. I GRACIOUSLY NEED
YOUR ASSISTANCE AND THANK YOU FOR XOUR ALLOWANCES MADE TO ASSIST ME.

SINCERELY,

CHARLENE CARR
P.O. BOX 105
SMYRNA, GA 30081