United States District Court
Southern District of Texas
FILED

JAN 3 1 2001

Michael N. Milby
Clerk of Court

62

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANTS' MOTION TO DISMISS AND ALTERNATIVE
MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM

| | |
|---|---|
| CIVIL ACTION NO. B-97-245 | DATE & TIME: 01-31-01 AT 2:00 P.M. |
| CHARLENE CARR | PLAINTIFF(S) CHARLENE CARR |
| | COUNSEL |
| VS. | |
| ROBERT E. RUBIN, ET AL. | DEFENDANT(S) NANCY MASSO |
| | COUNSEL MICHELLLE ZINGARO |

---

CSO: Dan Figueroa
ERO: Linda Garcia
Deputy: Paula Tamayo

Attorney Nancy Masso appeared in the courtroom. Plaintiff Charlene Carr appeared telephonically.

Ms. Carr explained her case to the Judge.

Judge notified parties that this case will be taken under advisement.