63

REQUEST FOR REIMBURSEMENT OF EXPENSES

Voucher No. 2001-1
Check No. 1789
Date Issued 1/30/01

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

Case No. B-97-245   Judge: John William Black   Appointing Officer:

Style: Charlene Carr v. Robert E. Rubin, et al

Party Represented: Charlene Carr

Judgement entered?   ( ) Yes   (X) No   If yes, date of judgement:

Date leave to whithdraw granted:

Attorney's Name: Jana Smith Whitworth

Make check payable to:
( ) Attorney
(X) Firm

Firm Name: Rentfro, Faulk & Blakemore, L.L.P.

Street Address: 185 E. Ruben Torres Sr. Blvd.

Suite Number: 956-541-9600

City: Brownsville   State: TX   Zip: 78520   Business Phone:

## ITEMIZED EXPENSES

Please refer to the regulations on the Reimbursement of Expenses
in Pro Bono Cases and Instructions on the reverse

(Please itemize each category of expense and attach to this form)

Depositions and Transcripts ..................................................................... $ _____

Investigative or Expert Services ............................................................... $ _____

Travel Expenses ......................................................................................... $ _____

Long Distance Telephone Calls, Telegrams ............................................. $ _____

Other (Please attach description) ............ see attached invoice ............... $ 400.00

TOTAL CLAIMED ....................................................................................... $ 400.00

(MAXIMUM ALLOWABLE REIMBURSEMENT
$1,000 PER PARTY, $2,500 PER CASE)

I swear to the truth of these statements, and the necessity for the adequate preparation and presentation of the case, to the absence of other sources of reimbursement and, if any expenses are otherwise recovered, to return an equivalent amount to the District Court Fund.

Attorney's Signature

May 22, 2000
Date

District Judge's Signature   19 JAN 2001   Date   400.00   Amount Approved

TXS - PRO BONO 1