64

REQUEST FOR REIMBURSEMENT OF EXPENSES

Voucher No. 2001-2
Check No. 1790
Date Issued 1/30/01

Case No. B-97-245    Judge: John William Black    Appointing Officer:

Style: Charlene Carr v. Robert E. Rubin, et al

Party Represented: Charlene Carr

Judgement entered?    ( ) Yes    (X) No    If yes, date of judgement:

Date leave to whithdraw granted:

United States District Court
Southern District of Texas
ENTERED
FEB 0 5 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

Attorney's Name:
Jana Smith Whitworth

Firm Name
Rentfro, Faulk & Blakemore, L.L.P.

Street Address
185 E. Ruben Torres Sr. Blvd.

City         State      Zip
Brownsville   TX        67520

Make check payable to:
( ) Attorney
(X) Firm

Suite Number
956-541-9600
Business Phone

## ITEMIZED EXPENSES

Please refer to the regulations on the Reimbursement of Expenses
in Pro Bono Cases and Instructions on the reverse

(Please itemize each category of expense and attach to this form)

Depositions and Transcripts ................................................................ $ _____
Investigative or Expert Services ......................................................... $ _____
Travel Expenses .................................................................................. $ _____
Long Distance Telephone Calls, Telegrams ....................................... $ see attached itemization
Other (Please attach description) ....................................................... $ see attached itemization
TOTAL CLAIMED .................................................................................. $ 1,124.43

(MAXIMUM ALLOWABLE REIMBURSEMENT
$1,000 PER PARTY, $2,500 PER CASE)

I swear to the truth of these statements, and the necessity for the adequate preparation and presentation of the case, to the absence of other sources of reimbursement and, if any expenses are otherwise recovered, to return an equivalent amount to the District Court Fund.

_____            May 22, 2000
Attorney's Signature                  Date

_____   19 JAU 2001      1124.43
District Judge's Signature   Date            Amount Approved

TXS - PRO BONO 1