IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| CHARLENE K. CARR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| ROBERT E. RUBIN, SECRETARY | § | CIVIL ACTION NO. B-97-245 |
| OF THE DEPT. OF TREASURY | § | |
| FOR THE UNITED STATES and | § | |
| THE UNITED STATES OF | § | |
| AMERICA, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss and Alternative Motion for Summary Judgment and Supporting Memorandum (Docket No. 55). After careful consideration of said matter, the Court is of the opinion that this motion should be **GRANTED**. This Court lacks jurisdiction to hear Carr's complaints under the Federal Tort Claims Act and Carr's Title VII complaints stemming from Claim Numbers 94-2036, 94-2149, 94-2160, and 94-2050. Because these complaints are now time-barred, they are **DISMISSED WITH PREJUDICE**. Carr's Title VII complaints stemming from Claim Numbers 96-2079 and 96-2139 are also **DISMISSED WITH PREJUDICE**. This case is **CLOSED**. All pending motions not otherwise ruled upon are hereby **DENIED** as **MOOT**.

DONE at Brownsville, Texas, this 23rd day of March, 2001.

John Wm. Black
United States Magistrate Judge