67

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF

TEXAS

BROWNSVILLE DIVISION

FILE NO. B-97-245

United States District Court
Southern District of Texas
FILED

APR 23 2001

Michael N. Milby
Clerk of Court

CHARLENE K. CARR,                              :

Plaintiff,                                     :

VS.                                            :

ROBERT E. RUBIN, SECRETARY OF THE DEPARTMENT   :

OF TREASURY OF THE UNITED STATES OF AMERICA,   :

Defendants                                     :       :

### MOTION TO APPEAL IN FORMA PAUPERIS

I Charlene Carr, being first duly sworn, depose and say that I am the plaintiff, in the above-entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, indigent status and inability to be gainfully and substantially employed due to disability I am unable to pay the costs of said proceeding or to give security thereof, that I believe I am entitled to redress; and that the issues which I desire to present on appeal are the following: Defendant's Motion to Dismiss Title VII Case

I further swear that the response, which I have made below relating to my ability to pay the cost of prosecuting to appeal, are true.

- 2

1  I am permanently disabled as determined by United States Medical Officer of
2  the United States Social Security Administration, debts exceed assets,
3  inability to be gainfully substantially employed in the entire national
4  economy. I do not own any real estate.
5  I understand that a false statement or answer in this unsworn affidavit will
6  subject me to penalties for perjury.
7
8  Subscribed and unsworn to before me this __ day of April 2001.
9                                    Pro Se _____
10                                      Charlene Carr
11 Dated this 21st day of April, 2001
12
13                                         _____
14                                              Pro se

- 2 -