```
UNITED STATES DISTRICT COURT FOR DISTRICT OF SOUTHERN
                        OF TEXAS
                   BROWNSVILLE DIVISION
                   File No B-97-245
```

United States District Court
Southern District of Texas
FILED

APR 23 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Charlene Kim Carr, 224 Peaks Landing SE Conyers, GA, 30013 P.O Box 105, Smyrna, Georgia 30080, | |
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| Robert E. Rubin, Secretary of the Department of Treasury for the United States of America, | |
| Defendants | |

## Notice of Appeal

Notice is hereby given that Charlene Carr (plaintiff), Robert E. Rubin, Secretary of the Department of Treasury for the United States of America (defendants) in the above named case, hereby, appeal to a United States District Judge for the Southern District of Brownsville and the United States Court of Appeals for the Circuit from the judgement from an order for a motion to dismiss entered in this action on the 23rd day of March 2001 by Magistrate John WM Black in a consent proceeding under 28 U.S.C. Sec 636 ©(4) and Rule 73(d).

Pro se _____

Charlene Carr

Via Overnight Federal Express
828048652838

- 1 -