69

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

APR 2 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CHARLENE K. CARR, | § |
| Plaintiff, | § |
| VS. | § |
| ROBERT E. RUBIN, SECRETARY OF THE DEPT. OF TREASURY FOR THE UNITED STATES and THE UNITED STATES OF AMERICA, | § CIVIL ACTION NO. B-97-245 |
| Defendants. | § |

## ORDER

Pending before this Court is appellant's Motion to Appeal In Forma Pauperis (Docket No. 67). After careful consideration of said motion, the Court is of the opinion that this motion shall be **GRANTED**. Appellant is allowed to proceed In Forma Pauperis.

DONE at Brownsville, Texas, this 26th day of April, 2001.

John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com