70

| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER**<br>Read Instructions on Back. | FOR COURT USE ONLY<br>DUE DATE |
|---|---|---|

| 1. NAME<br>Charlene Carr | 2. PHONE NUMBER<br>770-860-8122 | 3. DATE<br>May 9, 2001 |
|---|---|---|
| 4. MAILING ADDRESS<br>P.O. Box 105 | 5. CITY<br>Smyrna | 6. STATE  7. ZIP CODE<br>GA         30081 |
| 8. CASE NUMBER<br>B-97-245 | 9. JUDICIAL OFFICIAL<br>Judge John Wm Black | DATES OF PROCEEDINGS<br>10. FROM 1997-Oct   11. TO 2001-May |
| 12. CASE NAME<br>Charlene Carr vs Robert E Rubin, Secretary of the Dept. of Treasury(s) | | LOCATION OF PROCEEDINGS<br>13. CITY Brownsville   14. STATE Texas |

15. ORDER FOR

- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [X] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  Request assistance
AO435 form "Received" after deadline date of May 8, 2001. Request a payment.

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | United States District Court<br>Southern District of Texas<br>FILED |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDINGS (Spcy) | MAY 22 2001 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [X] OPINION OF COURT | March 2001 | | Michael N. Milby<br>Clerk of Court |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) Deposition of | |
| [ ] SENTENCING | | Motions | |
| [ ] BAIL HEARING | | Hearings 1-31-00 | Jan. 2001 |

17. ORDER  Request advance payment waived by reporter

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | | | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE   LL

PROCESSED BY

19. DATE  May 9, 2001

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL- COURT COPY    YELLOW- TRANSCRIPTION COPY    GREEN- ORDER RECEIPT    PINK- ORDER COPY

**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER

| District Court | U.S. District Court - Brownsville, TX 78520 | District Court Docket Number |
|---|---|---|
| | U.S. Southern District   600 E. Harrison #01 | B-97-245 |

Short Case Title: Charlene Carr vs Robert Rubin   Court Reporter: Linda Garcia + Gabriel Mordh

Date Notice of Appeal Filed by Clerk of District Court: April 23, 2001   Court of Appeals #: _____ (If Available)

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: *(check appropriate box)*

  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☒;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐,

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| Jan. 31, 2001 | Hearing | Judge John Black |
| March 2001 | Deposition #66 | Judge John Black |
|  | Motions |  |
| March 2001 | Opinion of the court | Judge John Black |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be: Request assistance of Clerks o Reporters ~~assistance of office.~~

- ☒ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☒ U.S. Government Funds;
- ☒ Other: Request assistance with payment due to indigent status and disability and inability to substantially ~~gainfully~~ employment

Signature: CC   Date Transcript Ordered: May 9, 2001
Print Name: CHARLENE CARR   Counsel for: Pro Se
Address: P.O. Box 105, Smyrna, GA 30081   Telephone: _____

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.**   COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made   Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____   _____   _____
Date   Signature of Court Reporter   Telephone

Address of Court Reporter: _____

* **Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

---

**PART III.**   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____   _____
Actual Number of Pages   Actual Number of Volumes

_____   _____
Date   Signature of Court Reporter

DKT-13 (5/96)

Copy 1 - Court Reporter's Copy