United States District Court
Southern District of Texas
FILED

MAY 25 2001

Michael N. Milby
Clerk of Court

1
2  CHARLENE KIM CARR,                        : Docket No.: No. 67
                                             :
3  Plaintiff,                                : IN THE UNITED STATES DISTRICT COURT
                                             : FOR THE SOUTHERN DISTRICT OF TEXAS
       Vs.                                   :       Brownsville, Texas
4                                            :
5  ROBERT E. RUBIN, SECRETARY OF THE         : Case B-97-245
                                             :
6  DEPARTMENT OF TREASURY FOR THE UNITED     :
                                             :
7  STATES and THE UNITED STATES OF           :
                                             :
   AMERICA,                                  :
8                                            :
   Defendants
9  _____

10         MOTION TO WAIVE COURT REPORTER FEES AND TRANSCRIPTS
                MOTION TO APPEAL IN FORMA PAUPERIS
11
12     I, Charlene Carr, being first duly sworn, depose and say

13 that I am the plaintiff, in the above-entitled case; that in

14 support of my motion to proceed on appeal without being required

15 to prepay fees, costs, or transcripts, therefore, I state that

16 because of  poverty, indigent status and inability to be

17 gainfully and substantially employed due to disability I am

18 unable to pay the costs of said proceeding or to give security

19 thereof, that I believe I am entitled to redress; and that the

20 issues which I desire to present on appeal are the following:

21 Defendant's Motion to Dismiss Title VII case.

22
23     I further swear that the response, which I have made below

24 relating to my ability to pay the cost of prosecuting to appeal,

25 is true.  I am permanently disabled as determined by United

States Medical Officer of the United States Social Security

- 1

1 Administration, debts exceed assets, inability to be gainfully
2 substantially employed in the entire national economy, I do not
3 own any real estate.
4 I understand that a false statement or answer in this un-sworn
5 affidavit will subject me to penalties for perjury.
6
7 Subscribed and unsworn to before me this 21th day of May 2001.
8       Pro Se _____CC_____
9       Charlene Carr _CC_____

- 2