IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHARLENE CARR | § | CASE NO. CA B-97-245 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | JANUARY 31, 2001 |
| ROBERT K. RUBIN, ET AL | § | 2:08 P.M. TO 2:18 P.M. |

MOTION HEARING

BEFORE THE HON. JOHN WILLIAM BLACK, U.S. MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff(s):           CHARLENE CART, PRO SE
                                970 Windy Hill Road
                                Smyrna, Georgia  30081


For the Defendant(s):           U.S. Attorney's Office
                                NANCY MASSO, AUSA
                                600 E. Harrison, #201
                                Brownsville, Texas  78520


Court Recorder:                 Linda Garcia


PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
7135 West Tidwell
Building M, Suite 112A
Houston, Texas 77092
(713) 462-6434
(713) 462-3042 (fax)

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

ClibPDF - www.fastio.com



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THELMA O. GARCIA, RACHEL V. MANAUTOU, ROLANDO GONZALEZ, SERJIO HINOJOSA, JAIME CERDA, JUAN RODRIGUEZ, FERNANDO SARABLA, and JACK LANE, JR., individually and on behalf of all other Texas residents similarly situated, | § § § § § § § § | CIVIL ACTION NO. B-98-155 |
| Plaintiffs, | § § | (JURY) |
| VS. | § § | |
| GENERAL MOTORS CORPORATION | § § § | |
| Defendant. | § | |

### (CORRECTED) UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF

Plaintiffs file this unopposed motion for leave to file a reply brief. On May 16, 2001, plaintiffs filed their Motion to Compel and for Entry of Protective Order. On or about June 4, 2001, General Motors filed its Response. Plaintiffs request leave to file a reply brief on June 20, 2001.

Due to unprecedented flooding in Houston on the evening of June 8, 2001, severe flooding was experienced in the building in which undersigned lead counsel is located, including the loss of electrical power and other necessary building services. Electrical power was not restored until late yesterday afternoon, June 12; however, since air conditioning had not been operational, the building did not reopen until today, June 13. Telephone service and computer based communications still remain out of service.

Due to these unforseen circumstances, plaintiffs request leave to file a reply brief on Wednesday, June 20, 2001. Counsel for General Motors stated that he is not opposed.

Respectfully submitted:

SCHIRRMEISTER AJAMIE, L.L.P.

*Andrew C. Schirrmeister, with permission by Dana A. [signature]*

Andrew C. Schirrmeister III
Attorney-in-Charge for Plaintiffs
State Bar No. 17750650
Southern District of Texas No. 5546
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699

LAW OFFICE OF RAMON GARCIA
Ramon Garcia
State Bar No. 07641800
222 W. University Drive
Edinburg, Texas 78539
Telephone: 956-383-7441
Facsimile: 956-381-0825

LAW OFFICES OF NORMAN JOLLY
Norman Jolly
State Bar No. 10856920
1018 Preston, 4th Floor
Houston, Texas 77002
Telephone: (713) 237-8383
Facsimile: (713) 237-8385

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 13, 2001, I conferred with Timothy A. Daniels, counsel for defendant General Motors, and he stated that he does not oppose this motion for leave to file a reply brief.

*Robert J. Flora with permission by Dana A. [signature]*

Robert J. Flora

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure, on this the 21st day of June, 2001.

*[signed]* Robert J. Flora with permission by *[signed]* Dana S. Speer

Robert J. Flora

3