```
          -----------------
              No. 01-40497
          -----------------
```

74

CHARLENE K CARR

        Plaintiff - Appellant

  v.

PAUL O'NEILL, Secretary Department of Treasury; JOHN
ASHCROFT, US Attorney General; US ATTORNEY

        Defendants - Appellees

United States District Court
Southern District of Texas
FILED

DEC 1 3 2001

Michael N. Milby
Clerk of Court

CAB-97-245

### ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 5th day of December, 2001, see FED. R. APP. P. 42(b).

                    CHARLES R. FULBRUGE III
            Clerk of the United States Court
            of Appeals for the Fifth Circuit

By: _____
       Mary Ann Lopiparo, Deputy Clerk

      FOR THE COURT - BY DIRECTION

DIS-4

FAX: OPPOSING COUNSIL
713-387-7260

REG. MAIL

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT COURT OF UNITED STATES
OFFICE OF THE CLERK
600 CAMP STREET RM 102
NEW ORLEANS, LA 70130
CASE NO: 01-40497

CHARLENE K. CARR
   PLAINTIFF-APPELLANT

V.

PAUL O'NEILL, SECRETARY OF THE DEPT OF
TREASURY FOR THE UNITED STATES OF AMERICA
   DEFENDANTS/APPELLEES

NOVEMBER 27, 2001

U.S. COURT OF APPEALS
RECEIVED
DEC 03 2001
NEW ORLEANS, LA.

U.S. COURT OF APPEALS
**FILED**
DEC 3 2001
CHARLES R. FULBRUGE III
CLERK

    MOTION TO FORGIVE AND DISMISS APPEAL
FOR CLAIM CASE NO: 01-40497 CARR VS O'NEILL

I, CHARLENE CARR, WISH TO FORGIVE AND DISMISS APPEAL FOR CLAIM CASE NO: 01-40497. IN ORDER TO RECEIVE FAIR AND ADEQUATE RIGHTS UNDER THE LAWS FOR DISABILITY AND HANDICAPPED, I AM ENTITLED TO THE FULL REPRESENTATION IN THE EEOC PROCESS. I AM NOT SAYING THAT THE AGENCY IS CORRECT BY MY MOTION TO FORGIVE AND DISMISS APPEAL FOR CASE 01-40497. **PRAYER TO RECEIVE RELIEF** IN THE EEOC JURISDICTION USING A COMPREHENSIVE AND COMPLETE REVEALING OF FACTS NOT ORIGINALLY COVERED DUE TO INADEQUATE TIME TO INVESTIGATE, PREPARE STATEMENTS AND TESTIMONIES. AS CASE IN EEOC ADDRESSES.

THANK YOU SINCERILY,

*(signature)*

CHALRENE CARR
P.O. BOX 1668
CONYERS, GA 30013

   CCL NANCY MASSO, ATTORNEY
       CERTIFICATE OF SERVICE/ reg. mail

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By *(signature)*
       Deputy

New Orleans, Louisiana    12/5/01

```
              UNITED STATES COURT OF
              APPEALS - FIFTH CIRCUIT
              COURT- OFFICE OF THE CLERK
                600 CAMP STREET RM 102
                 NEW ORLEANS, LA 70130
                 CASE NO : 01-40497
```

CHARLENE K. CARR
   PLAINTIFF-APPELLANT


V.

PAUL O'NEILL, SECRETARY OF THE DEPT OF
TREASURY FOR THE UNITED STATES OF AMERICA
   DEFENDANTS/APPELLEES

NOVEMBER 27, 2001

## CERTIFICATE OF SERVICE

I, CHARLENE CARR, CERTIFY THAT A COPY OF MOTION TO VIEW SEALED DOCUMENYTS WAS FORWARDED TO OPPOSING COUNCIL VIA REGULAR MAIL ATTN: NANCY MASSO/ _ _ _ ATTORNEY    600 E. HARRISON SUITE 201, BROWNSVILLE, TEXAS 78520.

THANK YOU, SINCERELY,

                            PRO SE _____

    CHARLENE CARR

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

Michael N. Milby, Clerk

December 5, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

   No. 01-40497 Carr v. O'Neill
       USDC No. B-97-CV-245

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned:


                                Sincerely,

                                CHARLES R. FULBRUGE III, Clerk

                           By: _____
                                Mary Ann Lopiparo, Deputy Clerk
                                504-589-6514 ITCM # 178

cc: w/encl:
    Ms Charlene K Carr
    Mr James Lee Turner

P.S. to Ms. Carr:  Please return the record and exhibits to this
                   office as soon as possible.

MDT-1